```
Court Name: United States District Court
Division: 1
Receipt Number: 14683059953
Cashier ID: rbroaden
Transaction Date: 06/29/2016
Payer Name: KEERIKKATTIL VS SAWIN
------------------------------------
CIVIL FILING FEE
 For: KEERIKKATTIL VS SAWIN
 Amount:       $400.00
------------------------------------
CREDIT CARD
 Amt Tendered: $400.00
------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

FILING FEE
116CV827
```