# Exhibit A

**Deloitte.**

Deloitte Consulting LLP

30 Rockefeller Plaza
41st Floor
New York, NY 10112-0015
USA
Tel: +1 212.492.4000

http://www.deloitte.com/

September 26, 2014

Ranjith Keerikkattil
4707 Grand Bend Drive
Baltimore, Maryland 21228

Dear Ranjith:

On behalf of Deloitte Consulting LLP and Derick Masengale, it is my pleasure to formally confirm our offer to you to join Deloitte Consulting LLP as a Senior Consultant in the Technology group, based in our Rosslyn office, starting on November 10, 2014 or on an alternate date acceptable to Deloitte Consulting LLP. This offer, and the opportunity it represents, is extended with great confidence in your ability. We are excited about the possibility of you joining Deloitte Consulting LLP.

This offer and, if you accept, your subsequent employment are contingent upon you obtaining and maintaining the requisite personnel security clearance for this position.

Your salary will be at the annual rate of $115,000.00, payable in bi-weekly installments, on alternating Fridays, less applicable taxes and deductions. You will also receive periodic performance and compensation reviews in accordance with Deloitte Consulting LLP's administrative practices. Typically, compensation reviews are conducted in August of each year. It is anticipated that if you remain with Deloitte Consulting LLP, your first formal review will be conducted in August of 2015, with any adjustments to be effective in the first pay period of the following month. Among other factors, Deloitte Consulting LLP's performance, your individual performance, the portion of the fiscal year you worked, market conditions, and your compensation relative to your peers, are all considered in compensation reviews. You will also receive such benefits as are generally accorded to Deloitte Consulting LLP's employees, subject to Deloitte Consulting LLP's policies and any applicable terms and conditions of Deloitte Consulting LLP's plans as they may be amended from time to time. For a full description of Deloitte Consulting LLP's current employee benefit offerings, access the Benefits Link: http://mycareer.deloitte.com/us/en/life-at-deloitte/worklifefit/benefits.

In addition to the base salary you will receive as biweekly compensation, because your start date is prior to March 1, you are currently eligible to be considered for a Fiscal Year 2015 Annual Incentive Program (AIP) award, subject to rules governing the AIP, as they may be amended from time to time. While the AIP awards are by no means guaranteed to everyone in an AIP eligible position, they are typically paid in September of each year and require the recipient to be in Deloitte Consulting LLP's or one of its affiliates employ at the time of payment. The size of your award, if any, will depend on several factors, including, without limitation, how your performance measures up to expectations and goals established for you by your practice leaders as well as applicable practice and organization financial results. The actual amount earned (if any) will vary with U.S. Firms', Deloitte Consulting LLP's and an individual's performance, as outlined in Deloitte Consulting's AIP Program documentation. For practice and organization performance at 100% of plan and individual performance of at least a 3-rating (expected performance within level) as a

September 26, 2014
Ranjith Keerikkattil
Page 2 of 4

Senior Consultant, you will be eligible to receive a 2015 AIP award between 0% to 18.75% with target of 6.8%. The value of this award may increase, within the provided range, with a higher-level performance rating. Payout ranges for future Fiscal Years will be communicated to employees in the first quarter of the fiscal year in which performance is measured.

Deloitte Consulting LLP will endeavor to provide you with opportunities and client assignments to enhance your professional development. Deloitte Consulting LLP offers a number of learning opportunities to keep you at the top of your profession. Your counselor will discuss these opportunities and will help you to develop your career plan.

You should expect that many of your assignments with Deloitte Consulting LLP will require travel to its clients' places of business, and may require out-of-town overnight stays. Due to the nature of Deloitte Consulting LLP's business we cannot predict when an out-of-town assignment may occur, how long it may last, or where the client may be located. While we try to accommodate personal situations, assignments to out-of-town locations are based on the needs of the client. Local assignments that do not require an overnight stay may require that you commute to the client site. Out-of-town and local travel expenses will be reimbursed in accordance with the Deloitte Consulting LLP's Expense Reimbursement Policy.

As you know, our affiliated Entity, Deloitte & Touche LLP performs attestation services for certain of its clients and is subject to the independence requirements of, among others, the Securities and Exchange Commission (SEC), the Public Company Accounting Oversight Board (PCAOB), and the American Institute of Certified Public Accountants (AICPA). These requirements mandate that certain of Deloitte Consulting LLP's professionals and their relatives be independent of some or all of such attest clients and their affiliates in accordance with the policies of Deloitte LLP and its subsidiaries (the "Deloitte US Entities").

Upon joining Deloitte Consulting LLP, you will be asked to review a listing of the attestation clients and the affiliates of such clients of certain of the Deloitte US Entities and disclose relationships or financial holdings that you or your family may have that could affect the independence of the Deloitte US Entities. Any relationships or holdings that conflict with, among other things, the requirements of the SEC, the PCAOB or the AICPA or the independence or ethics policies of the Deloitte US Entities will need to be resolved immediately. Further, you will be required to comply with these policies throughout your career with Deloitte Consulting LLP, including, when applicable, maintaining a current list of certain of your financial interests (but not their value) in the independence tracking system.

The video, "Professionalism and You: A Commitment to Independence," is designed to help you understand some of the independence issues you might face and what you need to do to comply with independence requirements. You can view the video online at http://www.deloitte.com/us/independence/commitment. If you have specific questions, contact The National Office Independence at independence@deloitte.com or +1 888 269 1068 to discuss your situation with an independence consultant.

Before joining Deloitte Consulting LLP, and throughout your career, Deloitte Consulting LLP will ask you to be cognizant of family relationships that may have an impact on the ability of certain public companies to retain certain of the Deloitte US Entities in light of the independent director rules promulgated by the SEC, New York Stock Exchange, and National Association of Securities Dealers. These rules address, among other things, family and other relationships of directors which may be deemed to impair their independent director status. Upon your becoming aware of a family relationship with a member of the Board of Directors of any public company, you are asked to disclose the known

September 26, 2014
Ranjith Keerikkattil
Page 3 of 4

facts and circumstances to local practice leadership of Deloitte Consulting LLP and The National Office Independence Group of Deloitte LLP, Deloitte Consulting LLP's parent Entity

You will also be expected to abide by professional, ethical, and Deloitte Consulting LLP's requirements, rules, regulations, policies, and practices, including, without limitation, the Code of Ethics and Professional Conduct applicable to Deloitte Consulting LLP. Before accepting this offer of employment, you must fully disclose all contractual and other restrictions or obligations to other parties, including any non-compete or non-solicitation agreements with prior employers, that may or will impose limitations on your professional activities with Deloitte Consulting LLP. You are expected to abide by all such restrictions or obligations and to avoid involvement, while employed by Deloitte Consulting LLP, in any matter that could pose a conflict of interest as a result of confidential, proprietary or trade secret information obtained by you prior to your employment with Deloitte Consulting LLP. You must tell us if any of these restrictions or obligations are inconsistent with your acceptance of this offer of employment or your becoming, and serving as, an employee of Deloitte Consulting LLP.

Moreover, this offer and your employment with Deloitte Consulting LLP are conditional upon the successful completion of a background investigation into matters relating to your suitability for employment by Deloitte Consulting LLP, including, but not limited to, your education and prior employment. Although your employment will be at-will and this offer does not create a contract of employment or employment for a specified term, it is our hope that your acceptance of this offer will be just the beginning of a mutually beneficial relationship with Deloitte Consulting LLP.

In order to comply with the Immigration Reform and Control Act of 1986, it will be necessary for you to provide documentation verifying your identity and employment eligibility. Should you require Deloitte Consulting LLP's sponsorship for an employment-based visa (e.g. H-1B, L-1, TN), your employment and start date with the Deloitte Consulting LLP are contingent upon your obtaining the requisite permission to work in the United States (U.S.) and your availability to work in the U.S. consistent with Deloitte Consulting LLP's business needs. If you require sponsorship and have disclosed this through the recruitment process, you will be contacted by Deloitte Consulting LLP's designated immigration counsel, Fragomen, Del Rey, Bernsen & Loewy, LLP, and one of its immigration specialists will be assigned to you, once you have accepted our offer. Regardless of any preceding immigration conversations, you must respond to the requests of your assigned immigration specialist in order to initiate the appropriate visa process. Your cooperation with your assigned immigration specialist will facilitate the timely commencement of and your continued employment with Deloitte Consulting LLP.

This letter and Deloitte Consulting LLP's employment application are intended to be the final, complete, and exclusive statement of the terms of the offer of employment to you. Your signature accepting and agreeing to the terms of this offer will also signify that you have viewed the presentation regarding independence online and that you have addressed your specific questions concerning independence with an independence consultant prior to accepting the offer to the extent you have chosen to do so.

We look forward to hearing from you. For planning purposes, we would appreciate your response to this offer by October 03, 2014. Our offer will be valid through this date. Please contact Christine Finch at (816) 802-7759 if you would like to discuss any aspect of this offer prior to making your decision.

September 26, 2014
Ranjith Keerikkattil
Page 4 of 4

Ranjith, in closing, please again accept our congratulations on this important decision in your career. We hope that you will set your personal and professional goals high and take full advantage of the opportunities you will be given at Deloitte Consulting LLP to realize your full potential. We all look forward to seeing you again soon and having you join Deloitte Consulting LLP's team of outstanding professionals.

Sincerely yours,

Deloitte Consulting LLP

By:

*[signature]*

Jim S. Moffatt
Chairman & CEO

Accepted And Agreed To:

*[signature: Ranjith Keerikkattil]*                                  Sep 26, 2014

_____                    _____
**Signature**                                                          **Date**