# Exhibit B

iMessage with +1 (202) 779-2788
6/12/15, 10:18 PM

Hi Ranjith, I was good seeing you yesterday.

It seems that your mailbox is full. I just released your DPME year-end report and it bounced to a "Mailbox is full" message.

6/13/15, 12:30 AM

Can you also forward it to rumbci1@gmail.com? I'll reach out to Technology Services and see what's going on. Out of curiosity what was my rating?

6/15/15 6:38 PM

Please call me when you get a chance. Thx

Hi, you got a high 3. We will discuss the details during our meeting.

Enjoy your vacation.



Thanks!

Read 6/15/15