# Exhibit C

| | |
|---|---|
| **From:** | Sawin, Stacy (US - Arlington) |
| **Sent:** | Thursday, March 05, 2015 3:25 PM |
| **To:** | Keerikkattil, Ranjith (US - Arlington) |
| **Subject:** | IM All Hands Follow-up |

Hi Ranjith,

It was nice meeting you yesterday at the IM All Hands Event. Thank you for offering to send me information about SWAT Proposal Training and SAS Training. I am actively seeking ways to learn more about Deloitte and IM topics, so I truly appreciate your willingness to advice and help me.

Best Regards,
Stacy

**Stacy Sawin**
Business Technology Analyst
Deloitte Cosulting LLP
Tel/Direct: +1 571 841 7784 | Mobile: +1 503 380 3915
Ssawin@deloitte.com | www.deloitte.com

Please consider the environment before printing

1