# Exhibit D

## Keerikkattil, Ranjith

| | |
|---|---|
| From: | Sawin, Stacy (US - Arlington) |
| Sent: | Tuesday, April 14, 2015 10:56 AM |
| To: | Sawin, Stacy (US - Arlington); Keerikkattil, Ranjith (US - Arlington) |
| Subject: | Conversation with Sawin, Stacy (US - Arlington) |

**Sawin, Stacy (US - Arlington) [10:30 AM]:**

Hi Ranjith! How are you doing?

**Keerikkattil, Ranjith (US - Arlington) [10:30 AM]:**

Hey Good. How are you?

How's your BEP engagement going?

Are you still in Rosslyn?

**Sawin, Stacy (US - Arlington) [10:31 AM]:**

I'm doing well. However, I'm no longer part of the BEP engagement, which is actually why I wanted to reach out to you. I'm between projects and have a bit of extra time. Is there anything I can help you with?

**Keerikkattil, Ranjith (US - Arlington) [10:36 AM]:**

I'm involved with a proposal on the CMS account. We need support on creating architecture diagrams, meeting minutes, doing research online and things like that. Not sure if you are interested. It's a SAS based analytics platform we are proposing.

Are you currently looking for a project or waiting to be on-boarded to a different one?

**Sawin, Stacy (US - Arlington) [10:44 AM]:**

That sounds like something I would like to be involved with. Is there anything I get started on for the CMS proposal and/or materials to familiarize myself with the account? Also, I am currently looking for a project.

**Keerikkattil, Ranjith (US - Arlington) [10:48 AM]:**

Are you free around 12 today? I'm going for lunch with a consultant in IM. May be we can join us. We can talk then.

I know a specialist master who wants a BA/BTA for one of the CMS projects

I need to ask him if he needs an experienced hire with CMS experience or not

**Sawin, Stacy (US - Arlington) [10:53 AM]:**

I wish I could but I already have a lunch meeting. I'm free anytime after 1:15PM though, if you have any availability later in the day

**Keerikkattil, Ranjith (US - Arlington) [10:55 AM]:**

Okay. Let me see. I have a 3-4 and am meeting with my counselor at 5:30. So let's see 4. I'll ping you

1