# Exhibit E

| | |
|---|---|
| **From:** | Sawin, Stacy (US - Arlington) |
| **Sent:** | Monday, April 20, 2015 8:12 PM |
| **To:** | Keerikkattil, Ranjith (US - Arlington) |
| **Subject:** | RE: Hi |

Hi Ranjith,

Thank you for sending me the Visio diagrams. I do have Visio installed on my laptop and am happy to get started.

Best Regards,
Stacy

**From:** Keerikkattil, Ranjith (US - Arlington)
**Sent:** Monday, April 20, 2015 8:04 PM
**To:** Sawin, Stacy (US - Arlington)
**Subject:** RE: Hi

You can re-use components from the attached Visio diagrams for our diagram than starting from scratch. Do you have Visio installed on your Deloitte laptop? If not search for Visio on DeloitteNet and you'll find the instructions to install from there.

**Ranjith Keerikkattil**
Deloitte Consulting LLP
1919 North Lynn Street, Arlington, VA, 22209
Tel/Direct: +1 571 882 5816 | Mobile: +1 571 317 9772 | Fax: +1 855 344 9721
rkeerikkattil@deloitte.com | www.deloitte.com

Please consider the any comment before printing

**From:** Keerikkattil, Ranjith (US - Arlington)
**Sent:** Monday, April 20, 2015 5:45 PM
**To:** Sawin, Stacy (US - Arlington)
**Cc:** Keerikkattil, Ranjith (US - Arlington)
**Subject:** Re: Hi

Sure. I'll review it and get back to you by tomorrow.

Thanks!

**Ranjith Keerikkattil**
Deloitte Consulting LLP
1919 North Lynn Street, Arlington, VA, 22209
Tel/Direct: +1 571 882 5816 | Mobile: +1 571 317 9772| Fax: +1 855 344 9721
rkeerikkattil@deloitte.com | www.deloitte.com

Please consider the environment before printing.

On Apr 20, 2015, at 4:34 PM, Sawin, Stacy (US - Arlington) <ssawin@deloitte.com> wrote:

1

Hi Ranjith,

Attached are my first draft of the meeting minutes and a picture of the solution framework. I would greatly appreciate your feedback on the minutes, since it was my first time taking meeting notes. Please let me know how I can modify them to meet the proposal team's needs.

Best Regards,
Stacy

**From:** Keerikkattil, Ranjith (US - Arlington)
**Sent:** Monday, April 20, 2015 2:33 PM
**To:** Sawin, Stacy (US - Arlington)
**Subject:** RE: Hi

Cool. That works!

**Ranjith Keerikkattil**
Deloitte Consulting LLP
1919 North Lynn Street, Arlington, VA, 22209
Tel/Direct: +1 571 882 5816 | Mobile: +1 571 317 9772 | Fax: +1 855 344 9721
rkeerikkattil@deloitte.com | www.deloitte.com

Please consider the environment before printing

**From:** Sawin, Stacy (US - Arlington)
**Sent:** Monday, April 20, 2015 2:33 PM
**To:** Keerikkattil, Ranjith (US - Arlington)
**Subject:** RE: Hi

Sure! Since we used my computer for the Google Hangout, I handwrote a large majority of the meeting notes. I will type them up later this afternoon and send them over, in addition to the solution pictures.

**From:** Keerikkattil, Ranjith (US - Arlington)
**Sent:** Monday, April 20, 2015 2:30 PM
**To:** Sawin, Stacy (US - Arlington)
**Subject:** RE: Hi

Can you send me the draft notes and the solution picture when you get a chance?

**Ranjith Keerikkattil**
Deloitte Consulting LLP
1919 North Lynn Street, Arlington, VA, 22209
Tel/Direct: +1 571 882 5816 | Mobile: +1 571 317 9772 | Fax: +1 855 344 9721
rkeerikkattil@deloitte.com | www.deloitte.com

Please consider the environment before printing

**From:** Keerikkattil, Ranjith (US - Arlington)
**Sent:** Sunday, April 19, 2015 6:15 PM
**To:** Sawin, Stacy (US - Arlington)
**Subject:** Re: Hi

You are confirmed for tomorrow. Plan to get there a bit early. If you don't find Ritesh or Bheeshma from Deloitte, tell the receptionist that you have a meeting with Andrew Horton. Again, call me if you find any issues.

2

**Ranjith Keerikkattil**
Deloitte Consulting LLP
1919 North Lynn Street, Arlington, VA, 22209
Tel/Direct: +1 571 882 5816 | Mobile: +1 571 317 9772| Fax: +1 855 344 9721
rkeerikkattil@deloitte.com | www.deloitte.com

Please consider the environment before printing.

On Apr 19, 2015, at 12:37 PM, Keerikkattil, Ranjith (US - Arlington) <rkeerikkattil@DELOITTE.com> wrote:

> Stacy,
>
> Thank you for your interest in knowing more about the solution. The attached documents should give you an overview. The first attachment is an overview of the current solution. The second one is our proposed solution framework. We need to finalize the products (see below table) that best meets the requirements for this framework. That's what the meeting tomorrow is about. The third deck talks about our current proposal team. I'll be in Rosslyn on Tuesday and we can discuss further.
>
> Area
>
> FPS.1.0 Technology
>
> GDIT Proposed Tech Component
>
> Rationale
>
> Data Integration
>
> Sqoop
>
> Sqoop, SAS DI Studio/Dataflux
>
> - Sqoop for loading data into Cloudera
>
> - SAS DI Studio/Dataflux included in current CPI license
>
> - SAS DI Studio integrates well with SAS Decision Manager
>
> - SAS DI Studio can incorporate SAS code in workflows (Re-using IBM SAS code)
>
> Data Warehousing
>
> Hortonworks
>
> Cloudera/Teradata (Leveraging IDR)

3

- Execution of the post-pay models on Teradata (IDR) (because that is where the years and years of claims data lives now), and move pre-pay model execution over on to Cloudera (this follows along a little more closely to what Bheeshma was talking to when the four of us talked last Friday)

- Leveraging Cloudera for storing new unstructured data sources added in addition to the current ones.

Business Rules Development

Custom code

SAS Business Rules Manager

- In-database execution of business rules
- SAS has provided quals in both commercial and federal space
- Better integration with the rest of the SAS suite.

Model Development

Custom code

SAS Enterprise Miner

- Included in current CPI license
- Models developed in Enterprise Miner can be executed in-database
- Easy to use GUI interface for Model Developers

Model Management

No solution

SAS Model Manager

- In-database execution of models

Business Rules Execution

No solution

SAS Business Rules Manager
SAS Scoring Accelerator for Hadoop/ SAS Scoring Accelerator for Teradata

4

- Pushes SAS code/PMML/DS2 to run in-database within Hadoop

- Faster business rules execution than FICO Blaze

Model Execution

No solution except running custom code in Hadoop

SAS Model Manager
SAS Scoring Accelerator for Hadoop/ SAS Scoring Accelerator for Teradata

- Pushes SAS code/PMML/DS2 and EM models to run in-database within Hadoop

- Reduces model execution time

Alert Generation

Custom code written in CLIPS

SAS FCM/SAS custom code for additional functionalities

- SAS FCM and SNA are part of CPI's SAS FF license

- Additional customizations can be done with SAS code

- SAS FCM integrates with most of the commercial case management tools

Please do not share these without informing us.

Once you get to the General Dynamics office at 3060 Williams Dr, please go towards the reception on the ground floor and they'll sign you in. You can contact me at 571-317-9772 if you have any questions or run into any issues.

Ranjith Keerikkattil
Deloitte Consulting LLP
1919 North Lynn Street, Arlington, VA, 22209
Tel/Direct: +1 571 882 5816 I Mobile: +1 571 317 9772 I Fax: +1 855 344 9721
rkeerikkattil@deloitte.com<mailto:rkeerikkattil@deloitte.com> I
www.deloitte.com<http://www.deloitte.com/>

Please consider the environment before printing.

From: Sawin, Stacy (US - Arlington)

Sent: Sunday, April 19, 2015 12:14 PM
To: Keerikkattil, Ranjith (US - Arlington)
Cc: Verma, Ritesh (US - Arlington)
Subject: RE: Hi

Thank you for the meeting invitation and details. I am looking forward to learning more about the proposal, helping with meeting notes and translating diagrams.

Also, if it's not too inconvenient, I would appreciate it if you could send me notes from prior meetings. I would like to further my understanding of the current state of the proposal and how I should structure my notes.

Thanks!
Stacy

From: Keerikkattil, Ranjith (US - Arlington)
Sent: Sunday, April 19, 2015 11:41 AM
To: Sawin, Stacy (US - Arlington)
Cc: Verma, Ritesh (US - Arlington)
Subject: RE: Hi

Will confirm by tonight.

You would need to get to 3060 Williams Drive, Fairfax, VA 22031. I'm out of state tomorrow and will be dialing in. if you don't drive you can take the Orange Line from our Rosslyn office to Dunn Loring Merrifield Metro Station and take a quick Uber/Cab.

We would need your help with taking down the meeting minutes and translating the diagrams during white-boarding into Visio.

I'm also copying Ritesh, the PPD on the proposal effort.

You can charge the time spent on this as well as the cab to CMS10457-BP-LP-1000 CMS B&P 10316609-FPS

Ranjith Keerikkattil
Deloitte Consulting LLP
1919 North Lynn Street, Arlington, VA, 22209
Tel/Direct: +1 571 882 5816 I Mobile: +1 571 317 9772 I Fax: +1 855 344 9721
rkeerikkattil@deloitte.com<mailto:rkeerikkattil@deloitte.com> I
www.deloitte.com<http://www.deloitte.com/>

Please consider the environment before printing.

From: Sawin, Stacy (US - Arlington)
Sent: Friday, April 17, 2015 6:06 PM
To: Keerikkattil, Ranjith (US - Arlington)
Subject: RE: Hi

Hi, the best number to reach me at is 5033803915. Also, I am available. Keep me

posted.

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: "Keerikkattil, Ranjith (US - Arlington)" <rkeerikkattil@DELOITTE.com<mailto:rkeerikkattil@DELOITTE.com>>
Date: 04/17/2015 6:03 PM (GMT-05:00)
To: "Sawin, Stacy (US - Arlington)" <ssawin@deloitte.com<mailto:ssawin@deloitte.com>>
Subject: Hi
Stacy,

What's the best number to reach you? Also are you free on Monday from 9-2? I may need your help if Nick/Conor (BTA's in my account) have conflicts.

Thanks!
Ranjith Keerikkattil
Deloitte Consulting LLP
1919 North Lynn Street, Arlington, VA, 22209
Tel/Direct: +1 571 882 5816<tel:+1%20571%20882%205816> | Mobile: +1 571 317 9772<tel:+1%20571%20317%209772>| Fax: +1 855 344 9721<tel:+1%20855%20344%209721>
rkeerikkattil@deloitte.com<mailto:rkeerikkattil@deloitte.com> |
www.deloitte.com<http://www.deloitte.com/>

Please consider the environment before printing.

<1769-2014.pdf>

<FPS - Frame-work for Solutions Discussion_v4.pptx>

<CMS FPS2 All Hands Status Meeting 04_09_15 v3.pptx>

<FPS2 Solution Framework Meeting Minutes Outline.docx>

<Solution Framework pic1.jpg>