# Exhibit G

Case 1:16-cv-00827-CMH-MSN Document 1-9 Filed 06/29/16 Page 2 of 6 PageID# 56



# Stacy Sawin

Business Technology Analyst at Deloitte
Washington D C Metro Area
 Information Technology and Services

500+ connections

| | |
|---|---|
| Current | Deloitte |
| Previous | Proslin Ltd., Opportunities for Student Innovation, Integrated Business and Engineering Senior Capstone |
| Education | Lehigh University |
| Recommendations | 1 person has recommended Stacy |

## Join LinkedIn and access Stacy's full profile. It's free!

As a LinkedIn member, you'll join 400 million other professionals who are sharing connections, ideas, and opportunities.

- See who you know in common
- Get introduced
- Contact Stacy directly

**View Stacy's Full Profile**

## Summary

I strongly believe that optimism, innovation, and courage are key to developing practical and brilliant solutions that enable organizations to better serve our communities.

With a background in both business and engineering, my professional focus has been helping organizations realize business value through innovation. I am a problem solver at heart, who sees ambiguity as opportunity, and believes in the importance of creativity and collaboration. As part of your team, I will change challenges into pivotal moments, driving our team towards innovative and tangible solutions.

Please don't hesitate to contact me if you have similar passions, questions, or would like to have a professional conversation. I am always looking to expand my network.

## Experience

**Business Technology Analyst**
Deloitte                                                                        Deloitte.
February 2015 – Present (1 year 4 months)

Client Work.
• Led the integration of disparate data sources and the creation of action oriented metrics, empowering our client to proactively identify growth areas and process improvement opportunities
• Supported the successful creation and adoption of a new demand management process, contributing to an 82 percent reduction in the manual processing of work requests

Eminence and Business Development Work:
• Researched and presented a business development opportunity to over 250 practitioners, obtaining feedback and support to strengthen Deloitte's go-to market strategy
• Led the development of an eminence piece focused on the impact and implications of a new piece of legislation, helping to solidify Deloitte as a thought leader in the federal transparency movement

---

**Search by name**

Over 400 million professionals are already on LinkedIn. Find who you know.

First Name    Last Name

Example: Jeff Weiner

**People Also Viewed**


**Ashley Dunlap**
Business Technology Analyst at Deloitte


**Josh Reus**
Business Technology Analyst


**Supreet Gupta**
Analyst at Deloitte


**Kanza Khan**
BTA at Deloitte Consulting


**Vikram Rajan**
Business Technology Analyst at Deloitte Consulting LLP

**Ranjith Keerikkattil**
—


**Shir Boger**
Business Technology Analyst at Deloitte

**Thor Schumacher**
Business Technology Analyst at Deloitte


**Shailen Gaddam**
Business Technology Analyst at Deloitte Consulting


**Leah Longden**
Business Technology Analyst at Deloitte



Prius
Hypersonic Red[2]
○●○○○
TOYOTA
Let's Go Places
Prototype shown with options [#] Important Information

**Product Development Intern**
Proslin Ltd.
May 2014 - August 2014 (4 months)

- Designed an innovative granular fertilizer applicator for low-income farmers in Ghana, as part of this start-up company's diverse, multidisciplinary, product development team
- Implemented preliminary market research, surveying farmers to determine critical product requirements
- Led concept development, by implementing collaborative brainstorming and prototyping sessions

**Researcher**
Opportunities for Student Innovation
August 2013 - May 2014 (10 months)

- One of ten students invited to participate in this selective honors program
- Executed research under the Chemical Engineering Department Chair, Professor M. Kothare, focusing on the optimization of rapid pressure swing adsorption in medical oxygen concentrators

**Consultant**
Integrated Business and Engineering Senior Capstone
January 2013 - December 2013 (1 year)

- Utilized PuriTek's patented technology to create an odorless cat litter, working as part of a six person, interdisciplinary team, implementing market research and product development
- Led product testing, designing and implementing an experimental procedure demonstrating Puritek's product's ability to effectively eliminate odors by reducing bacteria

**Innovation Engineering Co-op**
B. Braun Medical
September 2012 - August 2013 (1 year) Allentown, Pennsylvania Area


B BRAUN

- Collaborated with employees from marketing and engineering on high level projects, analyzing human factors, market trends, and product requirements, in order to develop innovative medical devices
- Evaluated the feasibility of ideas by leading marketing, operational, financial and technical assessments, including an assigned idea with an estimated value of $10 million

Honors & Awards

**Deloitte Applause Award**
July 2015

Award for outstanding contributions aligned to Deloitte's core values and beliefs

**Deloitte Applause Award**
October 2015

Award for outstanding contributions aligned to Deloitte's core values and beliefs

Education

**Lehigh University**
Bachelor of Science, Integrated Business and Engineering
2010 - 2015



# Vikram Rajan

**500+ connections**

Business Technology Analyst at Deloitte Consulting LLP

Washington D C Metro Area
Information Technology and Services

| | |
|---|---|
| Current | Deloitte Consulting LLP |
| Previous | WorkBench LLC, Johns Hopkins University, Marshal Salant Investment Team |

## Join LinkedIn and access Vikram's full profile. It's free!

As a LinkedIn member, you'll join 400 million other professionals who are sharing connections, ideas, and opportunities.

- See who you know in common
- Get introduced
- Contact Vikram directly

[ View Vikram's Full Profile ]

## Summary

Goal: Manage the application of innovation and technology to make a significant global impact
--Management of Biomedical Engineering, Finance, Medical Devices, Healthcare

Education:
MSE in Biomedical Engineering from JHU, May 2014
BS in Biomedical Engineering and BS in Applied Mathematics and Statistics from JHU, Dec 2012
--Dean's List and Graduated in 3.5 years with honors for both Bachelors degrees

Experience:
Technology Consulting for the Federal Government
Research in Human Motor Control, Non-invasive Brain Stimulation, BME/Neuroscience Lab
Team Lead for Award-winning JHU Biomedical Engineering Design Teams
Co-President and Director of Research for profitable JHU Investment Team

## Publications

### 3D opportunity for intellectual property risk: Additive manufacturing stakes its claim ›
Deloitte University Press
January 2016

In a shifting value chain, information related to an object's additive manufacturing (AM) design could become more valuable than the object itself—yet intellectual property law is struggling to keep pace with AM technology advances. A risk assessment framework helps AM stakeholders develop appropriate economic models and IP licenses.

Blog post teaser: http://bit.ly/1XnjV7O
Authors Vikram Rajan

---

### Find a different Vikram Rajan

First Name    Last Name    🔍

**Example:** Vikram Rajan



**Vikram N.S Rajan**
Manager, Re-engineering at GENPACT
United States

What is LinkedIn?    Join Today    Sign In



**Vikram Rajan**
✓phoneBlogger.net for Attorneys & CPAs who want word-of-Mouse referrals, not Out of sight, Out of mind
United States

More professionals named Vikram Rajan

### People Also Viewed



**Stacy Sawin**
Business Technology Analyst at Deloitte



**Alias Farighi, PMP**
Business Technology Analyst at Deloitte



**Mustafa Alkaysi**
Business Technology Analyst at Deloitte



**Kanza Khan**
BTA at Deloitte Consulting



**Maher Khalil**
Consultant at Deloitte Consulting

**Ranjith Keerikkattil**
--

**Shir Boger**
Business Technology Analyst at Deloitte

**Thor Schumacher**
Business Technology Analyst at Deloitte

**Uma Mohan**
PhD Candidate at Columbia University

**Leah Longden**
Business Technology Analyst at Deloitte

Experience

### Business Technology Analyst
Deloitte Consulting LLP
February 2015 – Present (1 year 4 months) | Washington D.C. Metro Area

Guiding client decision making around technology. Key member of internally and externally facing firm initiatives.

$4.8M+ in sales attributed to date

Program Management
- Created project-wide roadmap to provide senior client management with visibility into all current and future planned activities
- Worked with subject matter experts to conduct gap and risk analysis
- Coordinated work efforts across multiple workstreams

Systems Integration
- Worked with large federal government client to acquire and integrate COTS Electronic Health Record (EHR) system

Additive Manufacturing (a.k.a. 3D printing)
- Published additive manufacturing eminence paper on business strategies around IP as part of firm's thought leadership effort

### Director
WorkBench LLC
June 2014 – September 2015 (1 year 4 months)

- Provided home office information security advice and support
- Managed project's efforts

- Developed Android application in Java, HTML5, AngularJS, and Ionic

### Graduate Researcher
Johns Hopkins University
January 2013 – May 2014 (1 year 5 months)   Baltimore Maryland Area

The Human Brain Physiology and Stimulation Laboratory, Kennedy Krieger Institute.

Proposed and conducted supervised research using noninvasive brain stimulation to improve motor learning. Thesis – "Two for the Price of One. Isometric Skill Learning Transfers Symmetrically within a Limb"

### Biomedical Engineering Design Team Leader
Johns Hopkins University
January 2012 – December 2013 (2 years)

- Managed a team of undergraduates towards the social impact goal of designing a low-cost, portable eye imaging device to fulfill unmet healthcare needs in developed and developing countries
- Designed, tested, and validated device design

### Co-President and Director of Research
Marshal Salant Investment Team
March 2012 – February 2013 (1 year)

Managed a $200k stock portfolio. Portfolio appreciated by 13%, beating NASDAQ Composite by 10%. Successfully pitched several winning stocks as member since 2010, later as head analyst.



Stacy Sawin



Stacy Sawin

Add Friend    Message

Timeline    About    Friends    Photos    More

**DO YOU KNOW STACY?**

To see what she shares with friends, send her a friend request.

Friends 1,312

  
  
  

 **Stacy Sawin**
January 22

Hey all! My boyfriend Vikram got published today in DUPress! If you have a minute, check out his paper. It's a great read.



**3D opportunity and intellectual property**

In a shifting value chain, information related to an object's additive manufacturing (AM) design could become more valuable than the object itself—yet...

DUPRESS.COM

17

 **Steph Caronna** congrats, Vikram!
1 · January 22 at 2:33pm

 **John J Kim** Very interesting read. Good job buddy
1  January 22 at 4:14pm

**Sohail Zahid** http://dupress.com/ /3d-printing-intellectual .../  Pretty cool buddy



**3D opportunity and intellectual property**
In a shifting value chain, information related to an object's additive manufacturing (AM) design could become more...
DUPRESS.COM

1  January 23 at 11:26am

 **Vikram Rajan** Thanks guys, I appreciate the interest!
January 23 at 1:10pm