# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia ▾

| | |
|---|---|
| RANJITH KEERIKKATTIL )<br>*Plaintiff* )<br>v. )<br>STACY SAWIN, et al. )<br>*Defendant* ) | Case No. 1:16-cv-827-CMH-MSN |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Stacy Sawin and Andrew Sawin

Date: 10/31/2016

*[signature]*
*Attorney's signature*

Joy C. Einstein
*Printed name and bar number*

Shulman Rogers Gandal Pordy Ecker, PA
12505 Park Potomac Ave., 6th Floor
Potomac, MD  20854
*Address*

jeinstein@shulmanrogers.com
*E-mail address*

(301) 945-9250
*Telephone number*

(301) 230-2891
*FAX number*