# Shelley K. Reese

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Monday, October 31, 2016 10:12 AM |
| **To:** | Shelley K. Reese |
| **Subject:** | Pay.gov Payment Confirmation: VAED CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact the Helpdesk at 703-299-2101.

Application Name: VAED CM ECF
Pay.gov Tracking ID: 25UO6EER
Agency Tracking ID: 0422-5227732
Transaction Type: Sale
Transaction Date: Oct 31, 2016 10:12:06 AM

Account Holder Name: Michele Bronstein
Transaction Amount: $75.00
Card Type: Visa
Card Number: ************6513


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.