IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| RANJITH KEERIKKATTIL,<br><br>    Plaintiff,<br><br>v.<br><br>STACY SAWIN, ANDREW SAWIN, DELOITTE LLP, DELOITTE CONSULTING LLP, DELOITTE SERVICES LP, ALICIA CARBERRY, DERICK MASENGALE, MIKE PRESTON, PAMELA SEATS, ERIC JANSON,<br><br>    Defendants. | Case No. 1:16-cv-00827 CMH-MSN |

## **NOTICE OF APPEARANCE**

### **TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that I, Christine Costantino, hereby enter my appearance as counsel in this matter for Defendants Deloitte LLP, Deloitte Consulting LLP, Deloitte Services LP, Alicia Carberry, Derick Masengale, Mike Preston, Pamela Seats and Eric Janson. I certify that I am admitted to practice in this Court.

                            Respectfully submitted,

                            By: */s/ Christine M. Costantino*
                                Christine M. Costantino (VSB# 86986)
                                ccostantino@seyfarth.com
                                SEYFARTH SHAW LLP
                                957 F Street, N.W.,
                                Washington, DC 20004
                                Phone: 202.463.2400/Fax: 202.828.5393

Date: November 2, 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| RANJITH KEERIKKATTIL,<br><br>    Plaintiff,<br><br>v.<br><br>STACY SAWIN, ANDREW SAWIN, DELOITTE LLP, DELOITTE CONSULTING LLP, DELOITTE SERVICES LP, ALICIA CARBERRY, DERICK MASENGALE, MIKE PRESTON, PAMELA SEATS, ERIC JANSON,<br><br>    Defendants. | Case No. 1:16-cv-00827 CMH-MSN |

## **NOTICE OF APPEARANCE**

### **TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that I, Christine Costantino, hereby enter my appearance as counsel in this matter for Defendants Deloitte LLP, Deloitte Consulting LLP, Deloitte Services LP, Alicia Carberry, Derick Masengale, Mike Preston, Pamela Seats and Eric Janson. I certify that I am admitted to practice in this Court.

    Respectfully submitted,

    By: */s/ Christine M. Costantino*
        Christine M. Costantino (VSB# 86986)
        ccostantino@seyfarth.com
        SEYFARTH SHAW LLP
        957 F Street, N.W.,
        Washington, DC 20004
        Phone: 202.463.2400/Fax: 202.828.5393

Date: November 2, 2016