# CERTIFICATE OF SERVICE

I certify that on November 2, 2016, a true and correct copy of the following Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF system and was served via First-Class U.S. Mail upon the following:

>Ranjith Keerikkattil
>4707 Grand Bend Drive
>Catonsville, MD 21228
>*Pro Se*
>
>Joy C. Einstein, Esq.
>Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
>12505 Park Potomac Avenue
>Potomac, MD 20854
>*Counsel for Stacy Sawin and Andrew Sawin*

>*/s/ Christine M. Costantino*
>Christine M. Costantino (VSB# 86986)
>ccostantino@seyfarth.com
>SEYFARTH SHAW LLP
>957 F Street, N.W.
>Washington, DC 20004
>Telephone: (202) 463-2400
>Facsimile: (202) 828-5393