IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| RANJITH KEERIKKATTIL | : |
| Plaintiff, | : |
| v. | : Case No.: 1:16-cv-827-CMH-MSN |
| STACY SAWIN, *et al.*, | : Hon. Claude M. Hilton |
| Defendants. | : |

## **ORDER**

Upon consideration of Plaintiff's Motion to Dismiss Defendants' Motion to Dismiss as Moot, it is hereby ORDERED that:

1. Defendants' Motion to Dismiss filed by Defendants Deloitte LLP, Deloitte Consulting LLP, Deloitte Services LP, Alicia Carberry, Derick Masengale, Mike Preston, Pamela Seats and Eric Janson (ECF No. 10) is DENIED as MOOT.

2. Defendants' Motion to Dismiss filed by Defendants Stacy Sawin and Andrew Sawin (ECF No. 13) is DENIED as MOOT.

3. The Hearing on Defendants' Motion to Dismiss (ECF No. 10 & 13) scheduled on December 16, 2016 is hereby VACATED.

IT IS SO ORDERED.

Dated this ____ day of _____, 2016.

---

THE HONORABLE CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE