**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| RANJITH KEERIKKATTIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No: 1:16-Cv-827-CMH-MSN** |
| ) | |
| STACY SAWIN, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF HEARING FOR DEFENDANTS'
MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

PLEASE TAKE NOTICE that on Thursday January 19, 2017 at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendants Deloitte LLP, Deloitte Consulting LLP, Deloitte Services LP, Alicia Carberry, Derick Masengale, Mike Preston, Pamela Seats and Eric Janson (collectively "Defendants"), by and through undersigned counsel, will move this Court for dismissal of all counts in Plaintiff's Amended Complaint.[1]

Date:  December 14, 2016         Respectfully submitted,

*/s/ Christine M. Costantino*
Christine M. Costantino (VSB# 86986)
Eric J. Janson, Esq. (*pro hac vice*)
Nicholas H. De Baun (*pro hac vice*)
SEYFARTH SHAW LLP
975 F Street, N.W., Washington, D.C. 20004
Phone: (202) 463-2400 / Fax : (202) 641-9232
ccostantino@seyfarth.com
ejanson@seyfarth.com
ndebaun@seyfarth.com

---

[1] If the Court is not conducting a motions docket on Thursday, January 19, 2017, Defendants will move this Court for dismissal of all counts in Plaintiff's Amended Complaint on Friday, January 27, 2017.

36212197v.1

*Counsel for Defendants Deloitte LLP, Deloitte Consulting LLP, Deloitte Services, LP, Alicia Carberry, Derick Masengale, Mike Preston, Pamela Seats and Eric Janson*

## CERTIFICATE OF SERVICE

I certify that on December 14, 2016, a true and correct copy of the foregoing NOTICE OF HEARING FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT was served via First-Class U.S. Mail upon the following:

> Ranjith Keerikkattil
> 4707 Grand Bend Drive
> Catonsville, MD 21228
> *Pro Se*

and was served via ECF on the following:

> Joy C. Einstein, Esq.
> Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
> 12505 Park Potomac Avenue
> Potomac, MD 20854
> *Counsel for Stacy Sawin and Andrew Sawin*

>     */s/ Christine M. Costantino*
> Christine M. Costantino (VSB# 86986)
> ccostantino@seyfarth.com
> SEYFARTH SHAW LLP
> 957 F Street, N.W.
> Washington, DC 20004
> Telephone: (202) 463-2400
> Facsimile: (202) 828-5393

36212197v.1