# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## (Alexandria Division)

| | |
|---|---|
| RANJITH KEERIKKATTIL | : |
| Plaintiff, | : |
| v. | : Case No.: 1:16-cv-827-CMH-MSN |
| STACY SAWIN, *et al.*, | : |
| Defendants. | : |

## NOTICE OF HEARING FOR THE SAWIN DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

PLEASE TAKE NOTICE that on Thursday, January 19, 2017 at 10:00 a.m. (if the Court will permit a Thursday hearing date given that the Court will be closed on January 20, 2017 for inauguration), or as soon thereafter as counsel may be heard, Defendants Stacy Sawin ("Ms. Sawin") and Andrew Sawin ("Mr. Sawin") (collectively "the Sawin Defendants"), by and through undersigned counsel, will move this Court for dismissal of all counts against them in Plaintiff's Amended Complaint.[1]

---

[1] If the Court is not conducting a motions docket on Thursday, January 19, 2017, the Sawin Defendants will move this Court for dismissal of all counts in Plaintiff's Amended Complaint on Friday, January 27, 2017.

Dated: December 14, 2016                    Respectfully submitted,

SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.

By: /s/ Joy C. Einstein
Joy C. Einstein, Bar No. 82073
Meredith S. Campbell (*pro hac vice*)
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Telephone: (301) 945-9250
Facsimile: (301) 230-2891
jeinstein@shulmanrogers.com
mcampbell@shulmanrogers.com

*Counsel for Defendants Stacy Sawin and Andrew Sawin*

# CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2016, I served via First Class Mail a copy of the foregoing Notice of Hearing to the following:

>	Ranjith Keerikkattil
>	4707 Grand Bend Drive
>	Catonsville, MD 21228
>
>	*Pro Se Plaintiff*

and served via ECF on the following:

>	Christine M. Costantino
>	SEYFARTH SHAW LLP
>	957 F Street, NW
>	Washington, DC 20004
>
>	*Counsel for Defendants*

/s/ Joy Einstein\_\_     _____
Joy Einstein