**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

|  |  |
|---|---|
| RANJITH KEERIKKATTIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | Civil Action No. 1:16-cv-00827 |
| ) | |
| ) | |
| STACY SAWIN, ANDREW SAWIN, ) | |
| DELOITTE LLP, DELOITTE ) | |
| CONSULTING LLP, DELOITTE ) | |
| SERVICES LP, ALICIA CARBERRY, ) | |
| DERICK MASENGALE, ) | |
| MIKE PRESTON, PAMELA SEATS, ) | |
| ERIN JANSON, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

THIS MATTER comes before the Court on Defendants' Motions to Dismiss.

An amended complaint supersedes all previous complaints. Rule 15 allows a party to amend its pleadings once as a matter of course within 21 days after a motion to dismiss is filed. See Fed. R. Civ. P. 15. Rule 6 establishes the method for computing time. See Fed. R. Civ. P. 6. Under these rules, the deadline for Plaintiff to file an amended complaint was on November 28, 2016. Thus, Plaintiff's Amended Complaint filed on December 5, 2016, was not timely. Notwithstanding these facts, the Court will

grant Plaintiff leave to amend his pleadings and will accept his December 5, 2016, Amended Complaint. Accordingly, it is hereby

ORDERED that Defendants' Motions to Dismiss the original complaint are DENIED as MOOT.

CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
December _16_, 2016