IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

RANJITH KEERIKKATTIL,

Plaintiff,

v.

STACY SAWIN, ANDREW SAWIN, DELOITTE LLP, DELOITTE CONSULTING LLP, DELOITTE SERVICES LP, ALICIA CARBERRY, DERICK MASENGALE, MIKE PRESTON, PAMELA SEATS, ERIC JANSON,

Defendants.

Case No. 1:16-cv-00827 CMH-MSN

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that I, Leslie Maffeo, hereby enter my appearance as counsel in this matter for Defendants Deloitte LLP, Deloitte Consulting LLP, Deloitte Services LP, Alicia Carberry, Derick Masengale, Mike Preston, Pamela Seats and Eric Janson. I certify that I am admitted to practice in this Court.

Respectfully submitted,

By: */s/ Leslie Maffeo*

Leslie Maffeo (VSB# 65538)
lmaffeo@seyfarth.com
SEYFARTH SHAW LLP
957 F Street, N.W.
Washington, DC 20004
Phone: 202.463.2400/Fax: 202.828.5393

Date: January 11, 2017

**CERTIFICATE OF SERVICE**

I certify that on January 11, 2017, I filed a true and correct copy of the foregoing of the Notice of Appearance using the CM/ECF system, which will automatically send electronic notification to the following attorneys of record:

Joy C. Einstein
Meredith S. Campbell
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854

A true and correct copy for the forgoing was also sent by first-class mail, postage prepaid, to:

Ranjith Keerikkattil
4707 Grand Bend Drive
Catonsville, MD 21228

*/s/ Leslie Maffeo*

Leslie Maffeo (VSB# 65538)
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC 20004
Telephone: (202) 463-2400
Facsimile: (202) 828-5393
lmaffeo@seyfarth.com