| | |
|---|---|
| From: | Garcia, Leslie Moore (US - Hermitage) |
| To: | Caras, Sarah (US - Arlington) |
| Sent: | 6/2/2015 2:04:00 PM |
| Subject: | RE: TR Incident |

Sarah,

Thank you for sending this over. I will reach out to Kash and Stacy to let them know I will look into this.

*Leslie*

**Leslie Moore Garcia, PHR, SHRM-CP**

Specialist Federal Practice, Talent Relations

Deloitte Services LP

Tel/Direct: +1 615 882 7129 | Mobile: +1 615 785 0173

lesliegarcia@deloitte.com | www.deloitte.com


**From:** Caras, Sarah (US - Arlington)
**Sent:** Tuesday, June 02, 2015 1:13 PM
**To:** Mignon, Monique (US - Arlington)
**Subject:** TR Incident

Hi Monique,

Please let me know if I should be forwarding this to Alicia or a TR inbox.

Thanks,

Sarah

Date: 6/2/15

**BA Name:** Sarah Caras

**Source of Information from Reporter** : phone conversation

**Reporter Name** : Kash Tajammul (Stacy Sawin 's counselor)

**Reporter RC:** 40672- Federal IM

**Complainant Name:** Stacy Sawin

**Complainant RC:** 40672- Federal IM

**Subject Name:** Ranjith Keerikkattil

**Subject RC:** 40672- Federal IM

**Case Detail** : Stacy was asked to work on a CMS proposal by Ranjith. He recently expressed that he brought her onto the proposal team because he was interested in her. At that time, she told her she wanted to keep their relationship professional only. Soon after, he vacationed and brought her back gifts from his trip. She did not accept the gifts and reiterated that she wanted to keep their relationship professional. Since that discussion, he has since told her that she is no longer needed on the proposal team.

CONFIDENTIAL

DELOITTE006680