| | |
|---|---|
| **From:** | Sawin, Stacy (US - Arlington) |
| **To:** | Turcott, Jerry (US - Arlington) |
| **Sent:** | 6/4/2015 2:14:59 PM |
| **Subject:** | security discussion follow-up |
| **Attachments:** | FPS Future Guidance and Cease & Desist Letter ; FPS; Fwd: One or More of Your GovWin IQ Opportunities Has Been Updated; lync message.jpg; RE: FPS Business Intelligence Support; RE: introduction; RE: Stacy Sawin - 5/14 Towson Meeting; Stacy and Ranjith Timeline.docx; Text_Screenshots.zip; Texts from Ranjith to Vikram on Stacy's Phone.zip |

**From:** Sawin, Stacy (US - Arlington)
**Sent:** Thursday, June 4, 2015 6:14:58 PM
**To:** Turcott, Jerry (US - Arlington)

Hi Jerry,
Thank you for taking the time to meet with me. Attached are all of the documents I sent to Leslie. The most helpful will probably be the word document "Stacy and Ranjith Timeline".
Thank You Again, Stacy

CONFIDENTIAL

DELOITTE008867

# The Interactions between Stacy Sawin and Ranjith Keerikkattil

**March**: Stacy and Ranjith met at an IM Sip n Share, where Stacy expressed in interest in learning more about Information Management.

**March 17th**: Ranjith and Stacy met for 30 minutes at Caffe Aficionado and discussed the IM service line, SAS, and Deloitte

**March 19th**: Following Ranjith's recommendation, Stacy attended the ABRG Proposal 101 training, where the two discussed proposal opportunities at Deloitte

**April 14th**: Ranjith and Stacy met at Caffe Aficionado to discuss her potential involvement on the CMS FPS proposal

**April 20th**: Stacy attended her first proposal meeting, FPS2 Technical Solutioning meeting (9-2PM)

**April 23rd**: Ranjith requested that Stacy meet with him that night to do work for the proposal. Stacy had already committed to attending a BTAAC event at Buffalo Billiards, ending at 8:30PM. Ranjith offered to meet Stacy in DC near Buffalo Billiards and suggested that they find a place nearby to work, which Stacy agreed to. After arriving at Buffalo Billiards, Ranjith suggested that they work at a coffee shop near U Street, which would require them to drive. Ranjith then proceeded to drive Stacy around DC for over an hour, before taking Stacy back to the Buffalo Billiards area. They then worked at a Panera until it closed around 10PM. With work still unfinished, Stacy suggested that they work in the café in her apartment complex, which is open 24-hours a day. Ranjith then drove them to Stacy's apartment building where they worked in the café for a few more hours. During this time, Ranjith requested a tour of the apartment complex, which Stacy gave despite initial reservations.

**May 1st or 2nd**: Ranjith had requested that Stacy meet with him to finalize the meeting notes that she had taken at prior FPS meetings. He then told her that he would meet her at her apartment complex at 10AM on Sunday, May 3rd.

**May 3rd**: Ranjith and Stacy worked on finalizing the meeting minutes she had taken at a prior FPS meeting. Though this regularly took Stacy 1 hours to do on her own, it took Stacy and Ranjith over 4 hours to complete this task, as a result of what seemed like attempts on Ranjith's part to stall the process. During this time, Ranjith excessively quizzed Stacy on her understanding of the different technical components of the proposal, asked questions pertaining to her career ambitions, and questions about her personal life. He also instigated having both breakfast and at sit-down lunch with Stacy during this meeting and appeared to expense both meals.

**May 5th**: Ranjith and Stacy attended an FPS meeting in Towson, which went from 10:30AM to ~5PM. Ranjith provided transportation for Stacy, who does not own a car. While traveling to the meeting, Ranjith and Stacy had discussed getting dinner after the meeting. When the meeting ended and Stacy invited coworker Bheeshma to join her and Ranjith for dinner, Ranjith became visibly upset. He then insisted that Stacy get a margarita with him after dinner. Stacy then expressed multiple times that she was very tired and was really looking forward to going home as soon as possible. However, she did formally reject Ranjith's plan, out of fear that it would negatively affect involvement on the proposal moving forward. Stacy and Ranjith proceeded to get an appetizer and margaritas. When Ranjith asked if

Stacy wanted to split the bill, Stacy gave him her personal credit card. Ranjith then said that he wouldn't let her pay with a personal credit card and proceeded to pay for the meal, with what Stacy assumed was his Deloitte corporate card.

**May 6th**: After a long working session for the FPS Proposal, Stacy, Ranjith, Bheeshma, and Laura got dinner in the Tyson Mall. Once the dinner concluded, Stacy said that she would like to do some shopping at Barnes and Nobles. As Laura and Bheeshma departed, Ranjith said that he was interested in checking out books at Barnes and Nobles, instead of going home as he had originally planned. Uncomfortable by this change in Ranjith's plan, Stacy said that she would instead be shopping at women's clothing stores. Ranjith then proceeded to follow Stacy as she shopped for clothing for approximately 3 hours, excluding the time she was able to evade him by changing stores. Ranjith then insisted that he drive Stacy back to her apartment. Worried about offending Ranjith and thus hurting her role on the proposal, Stacy accepted this car ride.

During this car ride, Ranjith commented on Stacy's current physical appearance in comparison to her pictures on Facebook. He went into detail about the swimsuit she wears, her appearance in her profile picture, and her weight. Stacy expressed how these observations upset her and explained how Ranjith had been rude and inappropriate. After dropping Stacy off at her apartment, Ranjith texted Stacy saying "I'm sorry ☹ I didn't mean to hurt you. That was poor choice of words to convey what I wanted to. And you're cute slim and sexy. Big time. Sorry again! Good night".

**May 10th (Sunday)**: Ranjith requested that Stacy meet with him to take a phone call. After declining to meet in the reception area of her apartment, Stacy met with Ranjith at the Rosslyn office. It shortly became evident that her attendance was not needed for the 30 minute conversation that occurred between Ranjith and Bheeshma. Stacy was then prompted to work with Ranjith for 4 hours, though she was able to offer limited support. At this time, Stacy asked whether or not her attendance was needed at the FPS proposal meeting occurring May 11th. Ranjith highly recommended that Stacy attend. Stacy then proceeded to send an email to Bheeshma requesting that he contact Kyle Matis, a senior consultant that Stacy reports to on her main project. Kyle had previously requested that he receive email verification from proposal leaders whenever Stacy needed to work outside of Rosslyn.

**May 11th**: During the drive home from the FPS meeting in Towson, Ranjith expressed explicit interest in having a relationship Stacy. At this time he stated that Stacy was brought on to the proposal at his request, which he made in hopes to get closer to Stacy. He said there was no real need for her efforts and that much of the work she had been doing he would have done himself under normal circumstances. He also said that he had been purposefully scheduling time with her to do work on weekends, in order to spend time with her outside of a work setting. This conversation occurred at the beginning of a ~2 hour car ride, which made Stacy feel like she was unable to address the situation.

**May 12th**: Stacy requested that Ranjith email Kyle, since Bheeshma had not responded to her email request. Ranjith then proceeded to email Kyle on Stacy's behalf, verifying that he had requested that she attend the meeting in Towson. Later that day, Kyle sent an email to Ranjith requesting that they discuss Stacy's availability and what her role in the proposal would be moving forward. Ranjith notified Stacy of this email and worked with her to craft a response.

**May 13th**: At an ABRG Happy Hour, Ranjith made unwanted advances towards Stacy. These included touching Stacy's shoulder, back, and giving her a hug. Ranjith's intentions are captured in a Lync

conversation at 10:58PM that night, where he told Stacy "Neel came over and told me he saw me hitting on you and knows that Vikram is also hitting on you. That's why I asked you before". In a prior conversation, Ranjith had asked about her relationship with Vikram. Stacy had disclosed that she was seeing Vikram, though she and Vikram were not in an official relationship.

Stacy proceeded to have a conversation with Ranjith, during which she explained how Ranjith had put her in a bad situation, which felt similar to a quid pro quo situation. She said that as a young female in the workplace she is vulnerable and that he needs to be cognizant of the fact that he is in a role of authority over her in regards to the proposal.

**May 14th**: Ranjith sent Stacy a picture of a drink with the caption "My fourth drink tonight/ CMS RADV Happy Hour". This prompted the following text conversation:

**Stacy**: Ranjith I really need for you to back off
**Ranjith**: what happened? Just texting right? Did something happen today?
**Stacy**: I'm just uncomfortable with our situation
**Ranjith**: Does that mean I shouldn't text you?
**Stacy**: Not if it's not work related
**Ranjith**: I'm sorry I didn't mean to hurt you in any way

**May 15th**: Ranjith sent Stacy the following via text: "I was so hurt yesterday night that I had decided not to talk to you. That's why I didn't text you and ask Laura to. I'm not going to hang out with you until FPS is over since you're worried about quid pro quo issues. I was even thinking of canceling the happy hour today"

**May 19**: Ranjith reached out to Stacy to ask if she would be attending a FPS proposal meeting on May 21st. Before Stacy could decline the meeting invite, Bheeshma included Stacy's name on a list of people attending. Ranjith then offered to lie on Stacy's behalf, as shown in the following text conversation:

**Ranjith**: "Don't think you have to tell Bheeshma. I'll tell him you got an urgent meeting that you couldn't reschedule or something like that"
**Stacy**: "No need to make something up. I wasn't planning on going because you said it would be too technical. Also, I haven't received anything from Bheeshma or Mitch. From now on, I need to give my managers more than two days' notice, especially before Memorial Day weekend."

Later that afternoon, Ranjith set up a Level setting meeting with Stacy at 6PM. During this meeting, Stacy expressed that she felt that Ranjith took advantage of her willingness to work hard and desire to help the proposal. As an individual with only a few months or working experience, Stacy trusted that Ranjith's requests were necessary and did not openly question what seemed like an excessive amount of 1 on 1 meetings, coffees, and meals. Stacy also said that Ranjith had failed to separate his professional needs and personal wants, which was unprofessional and unacceptable.

Ranjith apologized for not making a clear distinction between personal and professional meetings. He said that he had realized that he and Stacy had a lot of coffees and meals together and said that he had chosen to pay for these expenses himself and at times had been using his personal credit card, which made Stacy more uncomfortable.

Ranjith requested that Stacy delete the text messages in her phone, so that they wouldn't get into trouble with Deloitte. Ranjith then proceeded to delete their text conversation in his phone, though Stacy did not delete the messages in her phone. The meeting ended with Ranjith agreeing to only contact Stacy for matters regarding FPS, to not make direct decisions on her behalf, and to not make requests without full disclosure of the proposal's needs.

**~May 26th:** Ranjith said that be bought Stacy a bottle of alcohol while in Brazil for Memorial Day Weekend. Unsure about what to do, Stacy began ignoring Ranjith's Lync messages at this time. Later that night, Stacy blocked Ranjith on Facebook.

**May 30:** The following text conversation took place:

**Ranjith (3:02PM):** Hey! How's your weekend going? Doing anything fun?
**Ranjith (3:02PM):** Are you free tomorrow night?
**Ranjith (3:03PM):** Nothing related to FPS. To make sure I clarify
**Stacy (3:43PM):** I really appreciate the clarification given our recent history. I would like to keep our relationship strictly professional though. I hope I'm not being too blunt. I'm happy to talk about this in person in more detail if you'd like.
**Ranjith (3:52PM):** Sure. Let's grab a drink tomorrow night like 8:30? I'm with a friend from LA. Will be hanging out with him till tomorrow evening."
**Stacy (9:34PM):** I don't think suggesting that we grab drinks tomorrow is an appropriate response to what I just said"
**Ranjith (10:08PM):** Okay. Sorry. I was responding to talk about in person
**Stacy (10:15PM):** I don't think you're getting it though. That's not appropriate
**Ranjith (10:21PM):** No I get it. No need of meeting.

**May 31:** At 7:54PM, Ranjith sent an email to Stacy requesting that she contact Ritesh to determine if she would be needed for future proposal efforts. Later that night, Stacy logged onto her work computer and Ranjith sent her a Lync message, asking if she had seen his email. Stacy did not respond and logged off of her work computer shortly after. At 10:31, Ranjith then sent Stacy the following email:

**From:** Keerikkattil, Ranjith (US - Arlington)
**Sent:** Sunday, May 31, 2015 10:31 PM
**To:** Sawin, Stacy (US - Arlington)
**Cc:** Keerikkattil, Ranjith (US - Arlington)
**Subject:** FPS Future Guidance and Cease & Desist Letter
**Importance:** High

Dear Ms. Sawin,

As part of my changing priorities, I would not be directly involved with you in any actual/perceived administrative role including but not limited to FPS. Please work with Ritesh Verma and/or Bheeshma

Tumati to determine the support they need from you with respect to FPS. I have already sent you a sample e-mail for reference. Please do not involve me in requesting time off from your project with respect to FPS. Please check your service hours summary and inform Ritesh Verma if you are close to enough hours for a PE so that you are duly recognized for your contributions. I would be more than happy to share any information regarding your performance to date, to the best of my knowledge, information and/or belief, within my possession or control, if requested by a third-party fact finder. Please let me know if you have any questions or concerns regarding the above by COB tomorrow. Also, please refrain from contacting me except for legitimate business needs of Deloitte LLP.

Sincerely,

Ranjith Keerikkattil


This email was then followed by two texts from Ranjith to Stacy, as follows:

Ranjith (10:34PM): Please check your email and refrain from contacting me
Ranjith (10:35PM): Thank you and bye!

**June 1:** Alarmed be the wording in Ranjith's communications the day prior, Stacy called her Deloitte counselor Kash to describe the situation between her and Ranjith. Kash and Stacy agreeing that the situation was serious and to involve Talent and the proposal PPD Ritesh. For moral support, Stacy contacted her dad. Stacy's dad discovered that there were previous allegations of Ranjith stalking a UMD student, who he had previously worked with. He subsequently accused the female of harassment. These previous accusation in conjunction with Ranjith's "Cease and Desist Letter" led Stacy to believe she may need legal coverage moving forward.

Later that afternoon, Ranjith sent Stacy a Lync message saying that he assumed that Stacy did not have any questions regarding his email. He then said good luck and goodbye. Uncomfortable with the situation and unsure about the legal implications of a response, Stacy chose to ignore Ranjith's message.