| | |
|---|---|
| **From:** | Garcia, Leslie Moore (US - Hermitage) |
| **To:** | Freeman, Teresa (US - McLean) |
| **Sent:** | 7/13/2015 6:51:18 PM |
| **Subject:** | FW: Mobile Device Collection (Sawin, Stacy) |

Teresa,

Alicia asked me to let you know I had reviewed Stacy Sawin's emails to determine if she had sent or received any with explicit language or content. There were no emails containing explicit content or language.

Thank you,



**Leslie Moore Garcia, PHR, SHRM-CP**

Senior Specialist Federal Practice, Talent Relations

Deloitte Services LP

Tel/Direct: +1 615 882 7129 | Mobile: +1 615 785 0173

lesliegarcia@deloitte.com | www.deloitte.com


**From:** Garcia, Leslie Moore (US - Hermitage)
**Sent:** Monday, June 29, 2015 4:41 PM
**To:** Carberry, Alicia (US - Arlington); Lipskar, Leah Bensen (US - New York)
**Subject:** RE: Mobile Device Collection (Sawin, Stacy)

I went through all of the emails last night. There were no explicit emails or Lync messages on Stacy's hard drive.

*Leslie*

**Leslie Moore Garcia, PHR, SHRM-CP**

Senior Specialist Federal Practice, Talent Relations

Deloitte Services LP

Tel/Direct: +1 615 882 7129 | Mobile: +1 615 785 0173

lesliegarcia@deloitte.com | www.deloitte.com