| | |
|---|---|
| **From:** | Carberry, Alicia (US - Arlington) |
| **To:** | Lipskar, Leah Bensen (US - New York) |
| **CC:** | Garcia, Leslie Moore (US - Hermitage) |
| **Sent:** | 6/12/2015 5:11:23 PM |
| **Subject:** | Stacy's Clearance Update |

In Dorothy's absence I reached out to Buddy White and he provided me the following update on Stacy's clearance.

"Stacy was processed through OPM and was not successful. She does not have any clearance noted at this time. We believe that Stacy is currently pending a suitability of access with Treasury."

Thanks!

Alicia

Alicia Carberry
Senior Manager, Talent Relations
Tel/Direct: +1 571 882 8942 | Fax: +1 202 379 2543 | Mobile: +1 410 926 5720
acarberry@deloitte.com | www.deloitte.com