DATE: 4/20/2017        CASE NUMBER: 1:16cv827        START: 10:15

JUDGE: Hilton                                        END: 10:18

PARTIES:

  Ranjith Keerikkattil

**V.**

  Deloitte, LLP, et al

APPEARANCES: Counsel for    Plaintiff (   )    Defendant (✓)    Plaintiff, Pro Se (✓)

(✓) Case set for trial by JURY on  06/19/2017 @ 10:00

(   ) Case set for trial by the COURT on