**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2017 APR 20 A 9: 38

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| RANJITH KEERIKKATTIL, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 1:16-cv-827-CMH-MSN |
| STACY SAWIN, et al. | ) |
| Defendants. | ) |

## PLAINTIFF'S WITNESS LIST

Plaintiff, Ranjith Keerikkattil, pursuant to the Court's Scheduling Order, respectfully submits the following disclosure of witnesses who Plaintiff intends to call to testify at the trial in this matter, and those witnesses who may be called should the need arise ("Witness List").

By way of further disclosure, Plaintiff respectfully states as follows:

Plaintiff reserves the right to call as a witness at trial any person identified on the Defendants' witness list, either live or by deposition testimony.

Plaintiff reserves the right to amend this witness list, including to identify additional witnesses.

Plaintiff reserves the right to call authenticity witnesses not listed herein to the extent that Defendants object to the authenticity of Plaintiff's exhibits.

Plaintiff reserves the right to call rebuttal expert and fact witnesses based on the evidence adduced at trial.

Plaintiff generally reserves the right to supplement or amend its witness list due to changes in the issues to be tried, the results of any remaining motions practice or discovery, and otherwise as may be necessary or appropriate.

If Defendants introduce any expert opinion in their case, Plaintiff reserves the right to respond with an expert in rebuttal.

Plaintiff expects to present the following witnesses at trial, either live or by deposition testimony:

1. Alicia Carberry
2. Leslie Moore Garcia
3. Jerry Truscott
4. Aleta Jacobson
5. Stacy Sawin
6. Kash Tajammul
7. Derick Masengale

Plaintiff may, if the need arises, present the following witnesses at the hearing, either live or by deposition testimony:

1. Ritesh Verma
2. Bheeshma Tumati
3. Laura Amster
4. Julie Gi Kim
5. Vikram Rajan
6. Andrew Sawin

Dated: April 19, 2017

Respectfully submitted,

_____

Ranjith Keerikkattil
4707 Grand Bend Drive
Catonsville, MD 21228
rkeerikkattil@gmail.com
Tel: (443) 690-1031

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of April 2017, a true and accurate copy of the foregoing PLAINTIFF'S WITNESS LIST was served by First Class Mail Postage Prepaid along with courtesy electronic mail copies to:

Christine M. Costantino
Eric J. Janson
Nicholas H. De Baun
Seyfarth Shaw LLP
975 F Street, N.W.,
Washington, DC 20004
Phone: (202) 463-2400
Fax: (202) 641-9232
ccostantino@seyfarth.com
ejanson@seyfarth.com
ndebaun@seyfarth.com
*Counsel for Defendants Deloitte LLP, Deloitte Consulting LLP, Deloitte Services LP*

_____
Ranjith Keerikkattil