# Exhibit A

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2016 JUN 29 A 8:58

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| RANJITH KEERIKKATTIL ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:16-CV-827 |
| STACY SAWIN, ANDREW SAWIN, ) | (CMH/MSN) |
| DELOITTE LLP, DELOITTE ) | |
| CONSULTING LLP, DELOITTE ) | |
| SERVICES LP, ALICIA CARBERRY,) | JURY TRIAL DEMAND |
| DERICK MASENGALE, MIKE ) | |
| PRESTON, PAMELA SEATS, ) | |
| ERIC JANSON ) | |
| Defendants. ) | |

## COMPLAINT

COMES NOW Plaintiff, RANJITH KEERIKKATTIL, respectfully alleges, states and prays:

## INTRODUCTION

1. This lawsuit centers on unlawful acts committed by Defendants' based on false, misleading and/or defamatory statements made by Defendant Stacy Sawin about Plaintiff Ranjith Keerikkattil ("Mr. Keerikkattil") that resulted in grave and irreparable damage to him. These unlawful acts committed by Defendants with malice, resulted in unlawful termination of Mr. Keerikkattil's employment with Deloitte Consulting LLP and jeopardized his career with the firm. In addition, Mr. Keerikkattil has suffered significant embarrassment, humiliation, mental suffering, and emotional distress as a result of Defendants' unlawful actions.

2. Until he was unlawfully terminated, Mr. Keerikkattil was a high performing