# Exhibit D

| | |
|---|---|
| **From:** | Sawin, Stacy (US - Arlington) |
| **To:** | Garcia, Leslie Moore (US - Hermitage) |
| **Sent:** | 6/3/2015 1:30:13 AM |
| **Subject:** | talent concern follow-up |
| **Attachments:** | FPS Future Guidance and Cease & Desist Letter ; FPS; Fwd: One or More of Your GovWin IQ Opportunities Has Been Updated; RE: FPS Business Intelligence Support; RE: introduction; RE: Stacy Sawin - 5/14 Towson Meeting; text between Ranjith and Vikram on Stacy's Phone.png; Text_Screenshots.zip |

Hi Leslie,

Thank you for taking the time to speak with me about my talent concern with Ranjith Keerikkattil. The following information was requested during our conversation, please see the list below.

Attached is a zip file titled Text_Screenshots, which contains all of the texts sent between me and Ranjith.

The Neel's full name is Neel Sanghvi. Ranjith also mentioned that Maher Ashraf was a part of the conversation at the ABRG Happy Hour on May 13th.

The attached email Introduction is an email thread between Brian Hankin and I, regarding my future involvement with the proposal.

The attached email titled FPS Business Intelligence Support is the email thread between Satya Settipalli, regarding my future involvement with the FPS proposal.

The emails FPS and FPS Future Guidance and Cease &Desist Letter where sent by Ranjith on May 31

The following is a link to the court case pertaining to Ranjith: https://casetext.com/case/keerikkattil-v-hrabowski

The attached email Fwd: One More of Your GovWin IQ Opportunities Has Been Updated was forwarded to me by Ranjith and regards the release of the RFP.

My last day doing official work for the proposal was May 11th, though I did attend a Proposal Happy Hour on May 15th. This was organized by Ranjith and took place at Rasika. Bheeshma Tumati, Ranjith Keerikkattil, Brain Hankin, Satya Settipalli, Laura Amster, and I attended this happy hour.

Attached is a screenshot from my phone titled "text between Ranjith and Vikram on Stacy's Phone".

) The attached email titled Stacy Sawin –5/14 Towson Meeting is part of the email thread that occurred regarding my attendance at the Towson meeting. The conversation between Kyle Matis and Ranjith is not included, because I was not cc'ed in the conversation.

Please let me know if there is any additional information I can provide you with now or moving forward.

Best Regards,
Stacy

CONFIDENTIAL DELOITTE005387

**Stacy Sawin**

Business Technology Analyst

Deloitte Consulting LLP

Tel/Direct: +1 571 841 7784 | Mobile: +1 503 380 3915

Ssawin@deloitte.com | www.deloitte.com

Please consider the environment before printing.

CONFIDENTIAL

DELOITTE005388