# Exhibit G

| | |
|---|---|
| From: | Jacobson, Aleta (US - Hermitage) |
| To: | Carberry, Alicia (US - Arlington) |
| CC: | Lipskar, Leah Bensen (US - New York); Garcia, Leslie Moore (US - Hermitage) |
| Sent: | 6/26/2015 4:19:29 PM |
| Subject: | RE: Mobile Device Collection (Sawin, Stacy) |
| Attachments: | Add PST in Outlook 2013 or 2010 with Pictures.docx; ssawin_Contacts.csv; ssawin_mms_history.csv; ssawin_sms_history.xlsx |

Hi Alicia,

The Snapchat app is installed on her phone, OkCupid is not. I looked to see if I could dig any data out of the snapchat app, but it's all garble and is not anything that makes sense outside of the app.

In investigated further into why texts from Vikram don't show up earlier than 5/12/15. They actually do, but they're all group texts. If you look in the SMS spreadsheet (not the MMS spreadsheet -where group texts would normally be) and do a search for "Vikram" prior to 5/12, he's on a lot of texts, but with a different number. I had to look into what this was. Stacy had an app on her phone called GroupMe. It's an app designed for group texts but sends them as SMS messages. On the spreadsheet, if you search for one of the phone numbers in the GroupMe texts, they all correspond to numbers in her contacts spreadsheet. Each group created in GroupME is assigned its own phone number. That said, you can see the rest of the texts by doing a search on Vikram's name. It is not possible to know all the members in each group.

It appears that they texted through GroupMe until May 12th and then the two texted directly to each other's phone numbers. Other possibilities are that Stacy deleted prior texts from Vikram and the were written over (which makes them unrecoverable). Or, they could have texted through another app -there are many that do not use SMS or MMS and the phone does not log the texts. I did not see any apps for this installed on her phone, but it could have been removed.

The only Lync conversation she saved was dated yesterday. (As mentioned in my other email, Lync conversations aren't automatically saved -the user must manually save them and they go into a "conversation history" folder in Outlook.) I saved it in a PDF and is in the shared folder:

\\\\uspscforensics1\\Carberry_SHARE

Also in the shared folder, are her emails. 579 messages were found containing words from our standard "naughty" list. In the email folder on the share, there is a log file. If you scroll to the bottom of that file, you'll see the hits for each word. If you need to narrow your search and eliminate any of those words (some can be vague), let me know. You'll need to mount the PST file in Outlook to view her emails. I've attached procedures for mounting a PST in Outlook, should you need it.

CONFIDENTIAL

DELOITTE005563

I've shared the folder with those copied on this email. Please let me know if anyone has issues accessing the share and if there are any other questions I can answer. I'm happy to help.

Thank you.

**Aleta Jacobson**

Associate eDiscovery Litigation Analyst

ITS eDiscovery and Investigation COE | Information Security, Risk & Compliance (IRC)
Deloitte Services LP
Office: 615-882-6512; Cell: 615-603-0621

alejacobson@deloitte.com | www.deloitte.com

**From:** Carberry, Alicia (US - Arlington)
**Sent:** Friday, June 26, 2015 10:48 AM
**To:** Jacobson, Aleta (US - Hermitage)
**Cc:** Lipskar, Leah Bensen (US - New York); Garcia, Leslie Moore (US - Hermitage)
**Subject:** RE: Mobile Device Collection (Sawin, Stacey)

It just dawned on me that Stacy didn't start with Deloitte till February 8, 2015 so we can use that as the starting point.

Thanks,

Alicia

**Alicia Carberry**

Senior Manager, Talent Relations

Tel/Direct: +1 571 882 8942 | Fax: +1 202 379 2543 | Mobile: +1 410 926 5720

acarberry@deloitte.com | www.deloitte.com

CONFIDENTIAL

DELOITTE005564