# Exhibit H

| | |
|---|---|
| **From:** | Garcia, Leslie Moore (US - Hermitage) |
| **To:** | Garcia, Leslie Moore (US - Hermitage) |
| **Sent:** | 7/2/2015 8:11:50 AM |
| **Subject:** | Questions about FPS - Ritesh Verma - Ranjith/Stacy |

Link to meeting notes: }Questions about FPS - Ritesh Verma - Ranjith/Stacy

# Questions about FPS - Ritesh Verma - Ranjith/Stacy

Wednesday, June 3, 2015
2:31 PM

**Meeting Date:** 6/3/2015 2:30 PM
**Location:** Lync Meeting (connection details below)
**Link to Outlook Item:** *click here*
**Invitation Message**
**Participants**

- Garcia, Leslie Moore (US - Hermitage) (Meeting Organizer)

- Verma, Ritesh (US - Arlington)

## Notes

Who is the proposal team? He was a involved - pre-posal submitting to (re-competed)

- Dan Krevis S &O and Brien Lorenze (FAS)
- Ritesh is leading technology
- Bheeshma
- Brian Hankin
- Ranjith on a project he leads CMS back
- Others in
- Daren
- Srivasal
- Ranjith pulled in 6 - 8 weeks ago

- Smaller team because it is Technical piece and in pre propasal
- Stacy's role help with meeting minutes and to keep them coordinate action items
  - Ranjith pulled her in. Ritesha was mentioning pulling in junior staff Ranjith no someone so he reach out and got her involved
  - Ranjith not responsible for anyone else
  - He said he knew of someone who was looking for an opportunity to get engaged
  - There is an email trail of this

What are Ranjith's responsibilities on the proposal?   He joined the firm about 3 months ago and has worked at CMS - he brings knowledge of the current environment and knowledge of the tool

Is he leading any of the proposal work streams? Significant contributor regarding - main contributor Bheeshma. Ranjith takes his directions from Bheeshma

Who reports to him? From tech team Bheeshma, Ranjith, and Stacy - she most like was asked from.  Believe that Bheeshma

She was involved Mid April.  Probably 10 hours a week about 60 hours total. Would they have had to work on weekends or late evening.  There was one weekend call.  Maybe one or two evening.  No need for any weekend collaboration work.

Is Stacy still currently working on the pre=proposal - yes she has been it is coming out later in the month.  As far as he is concerned she is on the team. Has Ranjith mentioned her involvement going forward.
No they have not had any involvement.

Is Ranjith Key to the pre-proposal - Bheeshma
He knows of one happy hour but Stacy,
GDIP is the prime - one in Fairfax and in Towson,
Typically everyone drives to meeting and they would help drive.

Yesterday, 12:30 PM ET  conference call he had a call with Kash and Sarah

Caras. Said Stacy is his counselee she is relatively new to the firm. Rajesh had expressed personal interest, told him he she wanted it to be a professional relationship, he had come back with letter to tell her to stop contacting him He mentioned to her that her services were no longer needed on FPS.

Her role has changed since she started on the proposal she has completed some flows her role continues to evolve.

Ranjith - works on CMS - RADVLAC - Sally D'iamato - he does not lead any work stream - Ahshok Subramiman.

Created with Microsoft OneNote 2013.

| | |
|---|---|
| **From:** | Garcia, Leslie Moore (US - Hermitage) |
| **To:** | Garcia, Leslie Moore (US - Hermitage) |
| **Sent:** | 7/7/2015 7:49:39 AM |
| **Subject:** | Privileged and Confidential - Prepared at the request of OGC - Talent Discussion |

Link to meeting notes: }Privileged and Confidential - Prepared at the request of OGC - Talent Discussion

# Privileged and Confidential - Prepared at the request of OGC - Talent Discussion

Monday, June 15, 2015
8:58 AM

**Meeting Date:** 6/15/2015 10:00 AM

**Location:** Lync Meeting (connection details below)

**Link to Outlook Item:** *click here*

**Invitation Message**

**Participants**

- Garcia, Leslie Moore (US - Hermitage) (Meeting Organizer)

- Tumati, Bheeshma (US - Arlington) (Accepted in Outlook)

- Carberry, Alicia (US - Arlington) (Accepted in Outlook)

## Notes

- As a matter of introduction: Leslie Garcia, I am part of the Federal Practice Talent Relations team. I work with Alicia Carberry my Sr. Manager who is on the phone with us today.

    House Keeping Items:

- Wanted to let you know the conversation we are having today is as confidential as possible

- What you tell me is confidential and would only be discussed on a need to know basis outside this call with possible my leadership and possibly the Office of General Council.

- I ask that you do the same because I am conducting an investigation and do not want any potential future conversations I might have to be jeopardized and not discuss the details of our conversation with others including your peers, any individuals we might discuss or your leadership

- Also Deloitte has a zero tolerance policy for retaliation. Deloitte is committed to maintaining a working environment that promotes ongoing and open communication among their personnel. Individuals must not be subjected to harassment, intimidation, threats, discrimination, or any form of reprisal, because they have filed a complaint or assisted or participated in an investigation. We take all reports of retaliation or possible retaliation

very seriously.

I asked Bheeshma: Have you worked on a CMS proposal?   Yes

I asked Bheeshma: Which one?  FPS and before that UCM worked with CMS leadership - FPs Frua Solutions Architecture Leader

I asked Bheeshma: Who have you worked with on this FPS proposal?

Dan Crevis - Project

Brian Lorenze - Leading FPS Proposal

Ritesh Verma - CMA Based Leaders

Brad Eskins LCSP

CMS Leaderships asked them to do FSP - huge proposal had done pre RFP proposal for last 8 to 9 months

Considered a strategic

He has worked with multiple people - worked with the Prime - worked with

Ranjith Keerikkattil - prior experience - asked to work with him by Ritesh

Stacy Sawin - BTA

Laura Amster -

Have not worked with Laura and Stacy in a long time they worked with them about a week - should have been in the March or April - especially during the Story boarding - needed to some

He asked - Ritesh gave him Ranjith and Ranjith brought Stacy and Laura they are federal IM resources

They only worked for a week

Ranjith is someone that he worked with for some time

I asked Bheeshma: Were you involved in the decision to bring Stacy on the proposal? Bheeshma reached out to a BTA at census - she was not available so he asked Ranjith if he knew of anyone and he brought in . Ranjith had met them at an IM Meeting prior.

They only worked for a few days.

Ranjith worked with them.  Stacy did a great job on doing the meeting min. and story board

She attended two meeting in Fairfax and two others in Towson.

   The meeting had a number of partners and others Sr Manager - Brian Hankin pursuit, Susan seacrest Sr Manager with GDIT.  Darren Srivisal SM

I asked Bheeshma: Do to know who assigned Stacy her work? Stacy was pull in by Ranjith - asked Ritesh to find BTAs.  Ritesh reached out to Ranjith.  He reached out to Stacy and said Stacy wanted to support the proposal.  Attend the meeting in Fairfax. Good listen taking not learning, continue.  On a day to day basis would you say Ranjith would say Ranjith gave Stacy her tasks - He said yes.  Bheeshma would coordinate with Ran then he would with S and La

CONFIDENTIAL

DELOITTE006778

I asked Bheeshma: Did anyone ever requests Stacy be removed from the proposal? No, she was only pulled 3 - 4times she does not have more to contribute on a Tech level. Only maybe 7 days overall. He has not seen her more than 7 days. Not a full time role at all. For no one was it

I asked Bheeshma: Was there a need for the team members to work during the weeks? Do you know where these meetings took place? What happened GDIT asked for Stay board session on Monday so on Friday they started working on it. Some of the team members may have worked that meeting - still working he pre RFP - so they wanted to make sure ready. I can be in April - May time frame. It was in Month of May 2nd week weekend before May 11th.

Do you know if Stacy or Ranjith worked on that weekend. Not sure. Got some slide but they did not meet the mark so Bheeshma had to work Saturday or Sunday. On Sunday around noon 05/10/15 Ranjith sent his the invite. Were there meeting GDIT meeting. Were in the afternoon.

All

I asked Bheeshma: Have there been any offsite meetings and or dinners?

>I asked Bheeshma: When and where have those occurred? May 11 5:30 - 6:00 - meet in in Towson.

>All four went to meeting. Think that Stacy drove. Bheeshma and Ranjith both drove. Not sure how Stacy or Laura.

>The very first meeting , Stacy took a taxi,

>Then Bheeshma dropped Stacy at the Mclean office after, not sure why. It was just he and Stacy.

>She attended another meeting in Fairfax.

>Do you know if Stacy and Ranjith rode together. Yes. They told him the live in the same area and they drove together to Towson meeting. Believe it was the May 11th meeting.

>They

>Kelsey Hale, On Friday they worked in McLean office (raj, K, St, Laura, ) Ranjith coordinated with Stacy and Laura on 9th .

>Thinks that they drove in the car. Believed

I asked Bheeshma: How all attended the meetings?

I asked Bheeshma: How did you get to the dinner? No other Dinner.

No need for the team to get together for any for any other business requirements. There was no need for the team to get together after that time frame.

Bheeshma

After that Ranjith, Stacy or Laura were not involved in any sub sequent meeting

No one else.

Stacy asked him to send her mgr email.

After that she had a delivery project.

After May 11 he does

Would Ranjith - he does not think so.

Did anyone ever ask to remove form the p

No but he sent an email to say she was doing a good.

I asked Bheeshma: Did you ever intend any other offsite meetings.

I asked Bheeshma: Are you aware of how any other team member's transportation?

I asked Bheeshma: Was there a need for the team members to work late evenings? Do you know where these meetings took place? Do you recall Stacy mentioning that she was working late?

I asked Bheeshma: Do you have any knowledge of anyone having a friendships outside of the proposal? No, friendships in the, any dating dinner or weekends, no

I asked Bheeshma: Have you ever witnessed any inappropriate communications or behaviors between colleagues on the proposal? No definitely not.

I asked Bheeshma: Are you aware of anyone wanting to ask someone on a date or pursue a relationship? No I asked Bheeshma: Do you have any firsthand knowledge, have you ever witnessed any inappropriate communication, behavior, or any type of touching between Ranjith Keerikkattil and Stacy Sawin? No. They seem to be any other regular IM resources, they seem to know each other as IM resources in the since nothing un normal

I asked Bheeshma: Is there anything else that you think I should have asked or that you would like to tell me that you would think is relevant to our conversation? No, I do not see in un normal behavior, especially. He had not worked with Ranjith before, introduced by CMS leaves.

In turn he brought on Stacy and Laura, over a span of time. Stacy may have spent not more than 40 hours Laura 24 hours.

Ranjith has been working on and off 4 - 5 hour a week for the last 8

Have you interacted with Ranjith at all since 5/11? His family is moving to India, moving to USI, so been busy

Maybe sent an email or something like that but also been busy with work.

After May 11th, he forgot one thing the Leadership, Brian Hankin gave a dinner/happy hour Radhika Rest in DC

Ranjith, Brian, Stacy, Bheeshma, Julie, Laura and Satya - He drove from and he dropped them at the metro went with

He was about to leave and ran into Ranjith in lobby. Why

No plans to go

Created with Microsoft OneNote 2013.

CONFIDENTIAL

DELOITTE006781

| | |
|---|---|
| **From:** | Garcia, Leslie Moore (US - Hermitage) |
| **To:** | Garcia, Leslie Moore (US - Hermitage) |
| **Sent:** | 7/7/2015 7:43:19 AM |
| **Subject:** | Privileged and Confidential - Prepared at the request of OGC - Talent Discussion - Julie Gi Kim - Ranjith/Stacy |

Link to meeting notes: }Privileged and Confidential - Prepared at the request of OGC - Talent Discussion - Julie Gi Kim - Ranjith/Stacy

# Privileged and Confidential - Prepared at the request of OGC - Talent Discussion - Julie Gi Kim - Ranjith/Stacy

Friday, June 12, 2015
12:02 PM

**Meeting Date:** 6/12/2015 3:15 PM

**Location:** Lync Meeting (connection details below)

**Link to Outlook Item:** *click here*

**Invitation Message**

**Participants**

- Garcia, Leslie Moore (US - Hermitage) (Meeting Organizer)

- Kim, Julie Gi (US - Arlington)

## Notes

- Thank you for taking the call with me today

- I asked Julie: Are you in a private place where we can have a private conversation? Julie said:

- As a matter of introduction: Leslie Garcia, I am part of the Federal Practice Talent Relations team.

- I have some housekeeping items I would like to discuss.

- Wanted to let you know the conversation we are having today is as confidential as possible

- What you tell me is confidential and would only be discussed on a need to know basis outside this call with possible my leadership and possibly the Office of General Council.

- I ask that you do the same because I am conducting an investigation and do not want any potential future conversations I might have to be jeopardized and not discuss the details of our conversation with others including your peers, any individuals we might discuss or your leadership

- Also Deloitte has a zero tolerance policy for retaliation. Deloitte is committed to maintaining a working environment that promotes ongoing and open communication among their personnel. Individuals must not be subjected to harassment, intimidation, threats, discrimination, or any form of reprisal, because they have filed a complaint or assisted or participated in an investigation. We take all reports of retaliation or possible retaliation very seriously.

- I asked Julie: Do you have any questions about that? Julie said: No

    - I asked Julie: How long have you been with Deloitte? Julie said: been with Deloitte about 2 months

    - I asked Julie: What is your role? Julie said: she is a consulting in IM techno

    - I asked Julie: What engagement is she currently staffed on?: Julie said: Navy - data Lead consultant

    - I asked Julie: Have you worked on a CMS proposal? Julie said: yes, very briefly
        - I asked Julie: Which one? She will go back and find out. FPS.

    - I asked Julie: Who all have you worked with on this proposal? She was approached by Ranjith and found out later that Stacy Sawin referred her to Ranjith and Ranjith reached out to her. And worked with Laura who she referred to the group. After that got on a call they were meeting in McLean and they were meeting with another Sr. Manager. Another time she had a meeting with Ranjith and Stacy. They met in the Rosslyn first floor and they decided to go to the hotel restaurant at Rosslyn to have lunch and discuss the proposal.

    - I asked Julie: How are the team dynamics on the proposal? Julie said: To be honest think it was okay did not feel anything unusual, just starting off as well. Seems like everyone on the call she was on were helping each other out.

    - I asked Julie: Have there been any offsite meetings and or dinners? Julie said: I was invited for a dinner on Am St. Rasika (sp.), but I could not join because I had company coming over.

    - I asked Julie: When you meet for lunch how did you get there? Julie said: The Meridian has a restaurant that is connected from the 4th floor there in Rosslyn so they walked.

    - I asked Julie: Have you ever witnessed any inappropriate communications or behaviors between colleagues on the proposal? No that she is aware of. She did not notice anything inappropriate.

    - I asked Julie: Do you have any firsthand knowledge, have you ever witnessed any inappropriate communication, behavior, or any type of touching (holding hands, putting had on back or shoulder) between Ranjith Keerikkattil and Stacy Sawin? Julie said: No I never noticed anything

    - I asked Julie: Did Stacy ever tell you how she began work on proposal. Julie said: no.

    - I asked Julie: Is there anything else that you think I should have asked or that you would like to tell me that you would think is relevant to our conversation? Julie said: Laura Amster might know better, Laura was present for the meeting and the happy hour as well. I had very limited interaction.

    - I thanked Julie for the call and reminded Julie about the confidentiality that we discussed and the No Retaliation Policy.

Created with Microsoft OneNote 2013.

| | |
|---|---|
| **From:** | Garcia, Leslie Moore (US - Hermitage) |
| **To:** | Garcia, Leslie Moore (US - Hermitage) |
| **Sent:** | 7/7/2015 7:42:37 AM |
| **Subject:** | Privileged and Confidential - Prepared at the request of OGC -Talent Discussion - Laura Amster - Ranjith/Stacy |

Link to meeting notes: }Privileged and Confidential - Prepared at the request of OGC -Talent Discussion - Laura Amster - Ranjith/Stacy

# Privileged and Confidential - Prepared at the request of OGC -Talent Discussion - Laura Amster - Ranjith/Stacy

Friday, June 12, 2015
11:16 AM

**Meeting Date:** 6/12/2015 12:00 PM

**Location:** Lync Meeting (connection details below)

**Link to Outlook Item:** *click here*

**Invitation Message**

**Participants**

- Garcia, Leslie Moore (US - Hermitage) (Meeting Organizer)

- Amster, Laura (US - Arlington)

# Notes

- Thank you for taking the call with me today

- I asked Laura: Are you in a private place where we can have a private conversation? Laura said: Yes

- I am looked

- As a matter of introduction: Leslie Garcia, I am part of the Federal Practice Talent Relations team.

House Keeping Items:

- Wanted to let you know the conversation we are having today is as confidential as possible

- What you tell me is confidential and would only be discussed on a need to know basis outside this call with possible my leadership and possibly the Office of General Council.

- I ask that you do the same because I am conducting an investigation and do not want any potential future conversations I might have to be jeopardized and not discuss the details of our conversation with others including your peers, any individuals we might discuss or your leadership

- Also Deloitte has a zero tolerance policy for retaliation. Deloitte is committed to maintaining a working environment that promotes ongoing and open communication among their personnel. Individuals must not be subjected to harassment, intimidation, threats, discrimination, or any form of reprisal, because they have filed a complaint or assisted or participated in an investigation. We take all reports of retaliation or possible retaliation very seriously.

- I asked Laura: Do you have any question about that? Laura said: No she is fine

I asked Laura: How long have you been with Deloitte? Laura said: I joined 30th of March.

I asked Laura: What is your role? Laura said: I am a consultant

I asked Laura: What engagement is she currently staffed on?: Laura said: I am at BEP Bureau of Engraving Printing her 2nd day on site. Not assigned to any project before that. Assisted with a potential proposal worked for the or four days someone asked her to join

I asked Laura: Have you worked on a CMS proposal?  Laura said: Yes that was the proposal, a colleague that I started with reached out to me and asked to join. I worked on some architecture. It was actually a pre-proposal

> I asked Laura : Which one? It was for FPS. Fraud Prevention System

> I asked Laura: How did you get involved in the proposal? Laura said: Julie G. Li pinged her about it but she did not work with her on it. She gave her name to the others working on the proposal.

I asked Laura: Who all have you worked with on this proposal? Laura said:

- Ranjith Keerikkattil
- Stacy Sawin
- Bheeshma Tumati Sr Manager

Laura said : she did almost all of her work with Ranjith and Stacy

I asked Laura: How would you categorize the team dynamics on the pre-proposal work? Laura said From her perception it was fine, she was very new so they needed to explain things to her and it was a good collaboration

I asked Laura: Have there been any offsite meetings and or dinners? Laura said: She attended on dinner after they did the presentation to the client. A week or two after the presentation to the client it was a happy hour but it was a dinner at a restaurant.

> I asked Laura: When and where have those occurred? Laura said: I do not remember the exact date of the dinner but it was in downtown DC at Rathika

> I asked Laura: How all attended the meetings? Laura said: Stacy, Ranjith, Bheeshma, Brian Senior manager, another person cannot remember his name, she met him at the dinner, she believes her was a manager.

> How we you invited to the dinner - Ranjith sent an invite:

> I asked Laura: How did you get to the dinner? Laura said: I asked Laura: She rode with Bheeshma and Ranjith to the dinner. Stacy was going to ride but was somewhere else so she did not ride there. But she and Stacy got a ride back from to the Metro Ranjith and Bheeshma in the front seat and she and Stacy in the

back seat.

Did you ever intend any other offsite meeting. She was invited but she called in to the Lync.

Are you aware of how any other team members transportation? Laura said:

I asked Laura who assigned her the work to do on the proposal: Laura said : Ranjith told her she would working on the diagram. Bheeshma was there too and so He may have also told her about it. She does not know who said it first.

I asked Laura: Have you ever witnessed any inappropriate communications or behaviors between colleagues on the proposal? Laura said: no

Do you have any knowledge of anyone having a friendships outside of the proposal. Well I do not know, but I think Ranjith and Stacy were talking about some activities, They did participate in other things an knew each other before. Seems like they had participated in something before. Do you recall any of these conversations. These were on the first day she was there. They were sitting at table discussing it. Stacy had started on the proposal before hand. She was there before doing notes or something.

I asked Laura: Do you have any firsthand knowledge, have you ever witnessed any inappropriate communication, behavior, or any type of touching between Ranjith Keerikkattil and Stacy Sawin? Laura said: No, not really but just the first day, they were meeting, Stacy said she had to do some shopping, She thought Stacy he was le that was the only thing strange, but never noticed any touching at all not even once. After they were done for the first day they went to a little restaurant in the Tysons mall, order appetizer and drinks. Stacy mentioned she had to but something for her father and all of a sudden he decided to go with her. Because they knew each other before thought it was weird. What was Stacy's reaction? Not sure of it. Not sure if she said anything she just said goodbye to her

When you worked about 4 days, maybe less. With the group for the 1st and second day she was mostly with Stacy because Ranjith and Bheeshma went to work on something else another room. Her last day she called in and was taking notes.

Do happen to know who assigned Stacy her work. She said she did not know?

When you were at the meeting do you know how Stacy got to the meeting. Do not remember how she got there. Ranjith had pinged her earlier that day, but he said that he and Stacy were going to ride together. But I did not ride because I was not in Rosslyn that day.

I asked Laura: Is there anything else that you think I should have asked or that you would like to tell me that you would think is relevant to our conversation? Laura said: uhhm ... I do not know not if it, one time I ran into Ranjith in Rosslyn asked if he knew when the prop was going to start and they were waiting. I went to an event last week, they talked he asked if she had seen Stacy because she was there? He asked her if she knew where Stacy was because he knew she was there? Not sure of the exactly what the wording was. Before she had run into him she saw her by the food. She pointed out to him where she had seen her earlier but not sure it that is where she was. What event was that after party after impact day. It was in a space at the Zoo in downtown DC. He repeated that when he found out about the proposal he was going to let Stacy and I know.

I thanked Laura for the call and reminded Laura about the confidentiality that we discussed and the No Retaliation Policy

Created with Microsoft OneNote 2013.