# Exhibit I

| | |
|---|---|
| From: | Carberry, Alicia (US - Arlington) |
| To: | Masengale, Derick (US - Arlington) |
| CC: | Lipskar, Leah Bensen (US - New York); Garcia, Leslie Moore (US - Hermitage) |
| Sent: | 6/18/2015 6:52:40 PM |
| Subject: | Privilege and Confidential: Talking Points for Discussion with Ranjith |
| Attachments: | Ranjith Keerikkattil 396081 Separation Memo.docx |

Derick:

I wanted to provide you the talking points for our discussion with Ranjith tomorrow at 9:00 am ET. Your part is highlighted in red. I will let you know if he responds and states he is unavailable; otherwise, I will call you first and we will call Ranjith directly.

*We have determined that you were not honest during your interview last Wednesday and as a result we have made the decision to separate you for cause effective today. We do not tolerance individuals making false statements and impeding our investigations. Alicia is on the line to share with you the information regarding your separation memo and other benefits.*

If he tries to argue or if resistance occurs, please say:

"The decision to separate is final."

<u>Alicia's part</u>

You will receive a separation memo shortly by email to your personal email account and by certified mail to your home address. I will go through the memo briefly with you now if you like? If you have any additional questions regarding your benefits, I can reach out to 800-Deloitte directly and speak with a benefits specialist.

If he argues or goes back about the separation or investigation, Alicia can respond:

As Derick has previously stated, the decision to separate is final. While we do not retaliate against individuals who willingly participate in an investigation, we do not tolerate those who are untruthful and create obstacles or roadblocks in our investigative process.

**Potential Questions &Answers for Alicia to responded to:**

If Ranjith claims that this is retaliation for him making a allegations against Stacy:

- This decision has nothing to do with your allegations about Stacy. We will continue to look into your allegations that you raised. Your failure to cooperate and be truthful is a serious offense and violates our code of ethics and professional conduct. (APR 205)

If Ranjith asks what Stacy said in the investigation:

- We cannot share what she or anyone else involved in the investigation said.

If Ranjith asks what will happen to Stacy:

- Because of the privacy of personnel decisions, we cannot share with you any information about Stacy.

If Ranjith says he wants to talk to a lawyer:

- You are always entitled to seek legal advice. If your attorney has questions about the separation process, we would be happy to put him/her in contact with someone in OGC.

If Ranjith asks what to do about his PDA and other firm property:

- We will need to collect your PDA and any other Deloitte property. We will send you a pre-paid box to your home for you to return the equipment. You will no longer have access to our systems or the building after today.

Thanks,

Alicia

**Alicia Carberry**

Senior Manager, Talent Relations

Deloitte Services, LP

1919 North Lynn Street, Arlington, VA 22209

Tel/Direct: +1 571 882 8942 | Fax: +1 202 379 2543 | Mobile: +1 410 926 5720

acarberry@deloitte.com | www.deloitte.com

Please consider the environment before printing.

CONFIDENTIAL

DELOITTE008748