# Exhibit K

| | |
|---|---|
| **From:** | Carberry, Alicia (US - Arlington) |
| **To:** | Garcia, Leslie Moore (US - Hermitage); Samuel, Rajiv (US - Hyderabad) |
| **CC:** | Lipskar, Leah Bensen (US - New York) |
| **BCC:** | Carberry, Alicia (US - Arlington) |
| **Sent:** | 6/19/2015 10:02:54 AM |
| **Subject:** | RE: 396081 - Ranjith Keerikkattil |

Per Leslie's request below, please deactivate Ranjith's account effective immediately.

Thank you,

Alicia

**Alicia Carberry**
Senior Manager, Talent Relations
Tel/Direct: +1 571 882 8942 | Fax: +1 202 379 2543 | Mobile: +1 410 926 5720
acarberry@deloitte.com | www.deloitte.com

---

**From:** Garcia, Leslie Moore (US - Hermitage)
**Sent:** Friday, June 19, 2015 9:22 AM
**To:** Samuel, Rajiv (US - Hyderabad)
**Cc:** Carberry, Alicia (US - Arlington); Lipskar, Leah Bensen (US - New York)
**Subject:** 396081 - Ranjith Keerikkattil

Please deactivate the account for 396081 - Ranjith Keerikkattil. He is being separated today. His hard drive and PDA should be preserved.

Thank you,

<< OLE Object: Picture (Device Independent Bitmap) >>
**Leslie Moore Garcia, PHR, SHRM-CP**
Specialist Federal Practice, Talent Relations
Deloitte Services LP
Tel/Direct: +1 615 882 7129 | Fax: +1 615 750 7129 | Mobile: +1 615 785 0173
lesliegarcia@deloitte.com | www.deloitte.com

Please consider the environment before printing.