FILED

2017 MAY -9 P 4: 26

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RANJITH KEERIKKATTIL, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 1:16-cv-827-CMH-MSN |
| STACY SAWIN, et al. | ) |
| Defendants. | ) |

## MOTION TO SEAL EXHIBIT B TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT

Plaintiff, Ranjith Keerikkattil, pursuant to Local Civil Rule 5 of this Court hereby submits this unopposed motion to seal Exhibit B to his Opposition to Defendants' Motion for Summary Judgment. In support of his motion, Plaintiff states as follows:

Exhibit B Plaintiff's Opposition to Defendants' Motion for Summary Judgment involves text messages that Defendants Defendants Deloitte LLP, Deloitte Consulting LLP, Deloitte Services LP produced from former Defendant Stacy Sawin's Deloitte corporate mobile phone. Defendants have notified this Court that they consider these text messages 'CONFIDENTIAL' and that these text messages should be sealed. *See* ECF No. 79.

Plaintiff believes that these text messages are not 'CONFIDENTIAL' and therefore shouldn't be sealed from public access. *See* ECF No. 88. However, given the brouhaha created by Defendants over the sealing of these text messages (ECF No. 79), Plaintiff does not oppose its sealing.

For the foregoing reasons, Plaintiff Ranjith Keerikkattil respectfully requests that this Court

issue an order sealing Exhibit B to Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

### CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 83.1M(2)

I declare under penalty of perjury that:

No other attorney has prepared, or assisted in the preparation of this document.

_____
Ranjith Keerikkattil

Executed on: May 9, 2017

Dated: May 9, 2017

Respectfully submitted,

_____
Ranjith Keerikkattil
4707 Grand Bend Drive
Catonsville, MD 21228
rkeerikkattil@gmail.com
Tel: (443) 690-1031

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of May 2017, Motion to Seal Exhibit B to Plaintiff's Opposition to Defendants' Motion for Summary Judgment was served by First Class Mail Postage Prepaid to:

Christine M. Costantino
Eric J. Janson
Nicholas H. De Baun
Seyfarth Shaw LLP
975 F Street, N.W.,
Washington, DC 20004
Phone: (202) 463-2400

Fax: (202) 641-9232
ccostantino@seyfarth.com
ejanson@seyfarth.com
ndebaun@seyfarth.com
*Counsel for Defendants Deloitte LLP, Deloitte Consulting LLP, Deloitte Services, LP*

_____
Ranjith Keerikkattil