In the United States District Court
for the Eastern District of Virginia
Alexandria Division

FILED

KEERIKKATTIL
Plaintiff's Name

2017 MAY -9 P 4: 27

v.

Civil Action No. *(Enter Civil Action Number)* 16 CV-827

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

SAWIN
Defendant's Name

NOTICE of Waiver

PLEASE TAKE NOTICE that ~~on Friday *(enter date for hearing)* at 10:00 a.m., or as soon thereafter as the undersigned may be heard, the plaintiff(s) will present to the~~ Court the Motion *(enter motion type)* to Seal.

*(Signature)*

RANJITH KEERIKKATTIL
*(Printed Name)* PRO SE PLAINTIFF
*Address*
*Telephone Number*