# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| RANJITH KEERIKKATTIL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DELOITTE LLP, DELOITTE ) <br> CONSULTING LLP, DELOITTE ) <br> SERVICES LP, ) <br> ) <br> ) <br> Defendants. ) <br> ) | **Case No: 1:16-cv-827-CMH-MSN** |

## NOTICE OF APPEARANCE OF EDWARD V. ARNOLD

To the Clerk of this Court and all parties of record:

Please enter my appearance as additional counsel in this case for Deloitte LLP, Deloitte Consulting LLP and Deloitte Services LP.

I certify that I am admitted to practice in this Court.

DATED: May 12, 2017　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　SEYFARTH SHAW LLP


　　　　　　　　　　　　　　　　　　　　By: */s/ Edward V. Arnold*
　　　　　　　　　　　　　　　　　　　　　　Edward V. Arnold
　　　　　　　　　　　　　　　　　　　　　　Virginia Bar No. 80087
　　　　　　　　　　　　　　　　　　　　　　earnold@seyfarth.com

SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC  20004-1454
Telephone:　(202) 463-2400
Facsimile:　(202) 828-5393

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 12th day of May, 2017, the foregoing Notice of Appearance was served via electronic and First-Class U.S. Mail upon the following:

Ranjith Keerikkattil
4707 Grand Bend Drive
Catonsville, MD 21228
rkeerikkattil@gmail.com

*/s/ Edward V. Arnold*_____
Edward V. Arnold