IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RANJITH KEERIKKATTIL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 1:16-cv-827-CMH-MSN |
| | ) |
| DELOITTE LLP, et al. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF WAIVER OF HEARING

Plaintiff, Ranjith Keerikkattil, hereby moves the court to waive the hearing on Plaintiff's Motion for Issuance of Subpoenas *Ad Testificandum* (ECF No. 99). Local Civil Rule 45(A) requires *pro se* parties to seek leave of court for the issuance of subpoenas. Since Defendants are represented by counsel, this requirement under Local Civil Rule 45(A) does not apply to them and no responsive pleading is required for this motion. Hence, a hearing is not required on Plaintiff's Motion for Issuance of Subpoenas *Ad Testificandum*.

Dated: May 8, 2017

Respectfully submitted,

Ranjith Keerikkattil
4707 Grand Bend Drive
Catonsville, MD 21228
rkeerikkattil@gmail.com
Tel: (443) 690-1031

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of May 2017, a true and accurate copy of the foregoing NOTICE OF WAIVER OF HEARING was served by First Class Mail Postage Prepaid along with courtesy electronic mail copies to:

Christine M. Costantino
Eric J. Janson
Nicholas H. De Baun
Seyfarth Shaw LLP
975 F Street, N.W.,
Washington, DC 20004
Phone: (202) 463-2400
Fax: (202) 641-9232
ccostantino@seyfarth.com
ejanson@seyfarth.com
ndebaun@seyfarth.com
*Counsel for Defendants Deloitte LLP, Deloitte Consulting LLP, Deloitte Services, LP*

_____
Ranjith Keerikkattil