IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| RANJITH KEERIKKATTIL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 1:16-cv-827-CMH-MSN |
| | ) | |
| STACY SAWIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This matter is before the Court on Plaintiff's Motion to Compel (Dkt. No. 72). Having reviewed the pleadings, it is hereby

ORDERED that Plaintiff's Motion to Compel is DENIED.

ENTERED this 12th day of May, 2017.

/s/
Michael S. Nachmanoff
United States Magistrate Judge

Alexandria, Virginia