IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| RANJITH KEERIKKATTIL : | |
| Plaintiff, : | |
| v. : | Case No.: 1:16-cv-827-CMH-MSN |
| DELOITTE LLP, *et al.*, : | Hon. Claude M. Hilton |
| Defendants. : | |

## ORDER

Upon consideration of Plaintiff's Motion to Review Magistrate Judge's Order, it is hereby ORDERED that the motion is GRANTED. It is further

ORDERED that Defendants shall produce responsive MMSs, e-mails and Snapchat data by _____, 2017. It is further

ORDERED that Defendants shall produce witnesses to testify at the Rule 30(b)(6) deposition by _____, 2017.

IT IS SO ORDERED.

Dated this ___ day of _____, 2017.

_____
THE HONORABLE CLAUDE M. HILTON
SENIOR UNITED STATES DISTRICT JUDGE