FILED

2017 MAY 24 P 2: 10

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RANJITH KEERIKKATTIL, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 1:16-cv-827-CMH-MSN |
| DELOITTE LLP, et al. | ) |
| Defendants. | ) |

## NOTICE OF WAIVER OF HEARING

Plaintiff, Ranjith Keerikkattil, hereby moves the court to waive the hearing on his Motion to Review Magistrate Judge's Order.

Dated: May 23, 2017

Respectfully submitted,

Ranjith Keerikkattil
4707 Grand Bend Drive
Catonsville, MD 21228
rkeerikkattil@gmail.com
Tel: (443) 690-1031

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of May 2017, a true and accurate copy of the foregoing NOTICE OF WAIVER OF HEARING was served by First Class Mail Postage Prepaid along with courtesy electronic mail copies to:

Christine M. Costantino
Eric J. Janson
Nicholas H. De Baun
Seyfarth Shaw LLP
975 F Street, N.W.,
Washington, DC 20004
Phone: (202) 463-2400
Fax: (202) 641-9232
ccostantino@seyfarth.com
ejanson@seyfarth.com
ndebaun@seyfarth.com
*Counsel for Defendants Deloitte LLP, Deloitte Consulting LLP, Deloitte Services LP*

_____
Ranjith Keerikkattil