IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
2017 SEP -1 P 4: 00
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| RANJITH KEERIKKATTIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 1:16-cv-827-CMH-MSN |
| ) | |
| STACY SAWIN, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff, Ranjith Keerikkattil, hereby appeals to the United States Court of Appeals for the Fourth Circuit the Order Denying Motion for Reconsideration (ECF No. 116) entered on August 10, 2017; Order Granting Summary Judgment (ECF No. 111) entered on June 9, 2017; Order Denying Motion to Compel (ECF No. 103) entered on May 12, 2017; and Order Granting in Part Defendants Motions to Dismiss (ECF No. 58) entered on January 26, 2017.

Dated: September 1, 2017　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　_[signature]_

　　　　　　　　　　　　　　　　　　　　　　Ranjith Keerikkattil
　　　　　　　　　　　　　　　　　　　　　　4707 Grand Bend Drive
　　　　　　　　　　　　　　　　　　　　　　Catonsville, MD 21228
　　　　　　　　　　　　　　　　　　　　　　rkeerikkattil@gmail.com
　　　　　　　　　　　　　　　　　　　　　　Tel: (443) 690-1031

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of September 2017, the foregoing document was served by First Class Mail Postage Prepaid to:

Joy C. Einstein
Meredith S. Campbell
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Phone: (301) 945-9250
Fax: (301) 230-2891
jeinstein@shulmanrogers.com
mcampbell@shulmanrogers.com
*Counsel for Defendants Stacy Sawin and Andrew Sawin*

Christine M. Costantino
Eric J. Janson
Nicholas H. De Baun
Seyfarth Shaw LLP
975 F Street, N.W.,
Washington, DC 20004
Phone: (202) 463-2400
Fax: (202) 641-9232
ccostantino@seyfarth.com
ejanson@seyfarth.com
ndebaun@seyfarth.com
*Counsel for Defendants Deloitte LLP, Deloitte Consulting LLP, Deloitte Services, LP, Alicia Carberry, Derick Masengale, Mike Preston, Pamela Seats and Eric Janson*

_____
Ranjith Keerikkattil

2