```
Court Name: United States District Court
Division: 1
Receipt Number: 14683068135
Cashier ID: sbrown
Transaction Date: 09/01/2017
Payer Name: RANJITH KEERIKKATTIL
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: RANJITH KEERIKKATTIL
 Amount:         $505.00
------------------------------------
CREDIT CARD
 Amt Tendered:  $505.00
------------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00

APPEAL
116CV827
```