FILED: September 6, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-2036
(1:16-cv-00827-CMH-MSN)

_____

RANJITH KEERIKKATTIL

      Plaintiff - Appellant

v.

DELOITTE LLP; DELOITTE CONSULTING LLP; DELOITTE SERVICES LP

      Defendants - Appellees

 and

STACY SWAIN; ANDREW SWAIN; ALICIA CARBERRY; DERICK MASENGALE; MIKE PRESTON; PAMELA SEATS; ERIC J. JANSON

      Defendants

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:16-cv-00827-CMH-MSN |
| Date notice of appeal filed in originating court: | 09/01/2017 |
| Appellant (s) | Ranjith Keerikkattil |
| Appellate Case Number | 17-2036 |
| Case Manager | Joy Hargett Moore<br>804-916-2702 |